|  |  |
|---|---|
| 1 | Ronald J. Schutz (admitted *Pro Hac Vice*), RJSchutz@rkmc.com |
|  | Richard M. Martinez (admitted *Pro Hac Vice*), RMMartinez@rkmc.com |
| 2 | Sang Young A. Brodie (admitted *Pro Hac Vice*), SYBrodie@rkmc.com |
|  | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 3 | 800 LaSalle Avenue, 2800 LaSalle Plaza |
|  | Minneapolis, MN 55402     **E-Filed 2/11/10** |
| 4 | Telephone: (612) 349-8500 |
|  | Facsimile:  (612) 339-4181 |

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TV INTERACTIVE DATA CORPORATION, a California Corporation, | Case No.  C 09-4755 JF |
|---|---|
| Plaintiff, | [PROPOSED] RELATED CASES ORDER |
| v. |  |
| SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; DENON ELECTRONICS (USA), LLC, |  |
| Defendants. |  |

An Administrative Motion to Consider Whether Cases Should Be Related Under Civil L.R. 3-12(b) has been filed by Plaintiff TV Interactive Data Corporation, requesting to relate the below two cases within the meaning of Civil L.R. 3-12(b):

C 09-4755 JF *TV Interactive Data Corporation v. Sony Corporation, et al.*

C 10-00475 EMC *TV Interactive Data Corporation v. Sony Corporation, et al.*

### ORDER

The time for filing a statement to support or oppose the Administrative Motion to Consider Whether Cases Should Be Related Under Civil L.R. 3-12(b) has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials JF immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

DATED: 2/11/2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE