Ronald J. Schutz (*Pro Hac Vice* pending), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice* pending), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice* pending), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David  Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No.  C 10-00475 JF<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Panasonic Corporation and Panasonic Corporation of North America (together "Panasonic"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 2, 2010, TVI filed this action in the United States District Court for the Northern District of California asserting claims of patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. TVI and Panasonic have now reached an agreement to settle their differences relating to the above-captioned action.

3. All claims TVI asserted against Panasonic in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than Panasonic. TVI is dismissing only its claims against Panasonic, and expressly maintains all of TVI's claims for relief against all other parties to this action.

4. TVI and Panasonic each shall bear their own costs and attorneys' fees in connection with the action.

///
///
///

Case No. C 10-00475 JF
81363335.1

- 1 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PANASONIC AND [PROPOSED] ORDER

5. TVI and Panasonic request that the Court reserve jurisdiction over this matter with respect to Panasonic to oversee and enforce the agreement between TVI and Panasonic.

| | |
|---|---|
| Date: March 26, 2010<br>  /S/ David Martinez<br>David Martinez | Date: March 26, 2010<br>  /S/ Daniel R. Foster<br>Daniel R. Foster |
| Ronald J. Schutz<br>Richard M. Martinez<br>Sang Young Brodie<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181 | Daniel R. Foster<br>McDERMOTT WILL & EMERY LLP<br>18191 Von Karman Avenue, Suite 500<br>Irvine, CA 92612<br>Telephone: (949) 851-0633<br>Facsimile: (949) 851-9348<br><br>*Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America* |
| David Martinez<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br><br>*Attorneys for Plaintiff TV Interactive Data Corporation* | |

Case No. C 10-00475 JF
81363335.1

- 2 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PANASONIC AND [PROPOSED] ORDER

1  **PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST**
2  **PANASONIC IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED**
3  **WITH PREJUDICE.**
4     **IT IS SO ORDERED.**

DATED: 3/31/10

_____
Honorable Jeremy Fogel
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES