KEVIN W. KIRSCH (CA SBN 166184)
kkirsch@bakerlaw.com
DAVID A. MANCINO (*pro hac vice*)
dmancino@bakerlaw.com
JOHN F. BENNETT (*pro hac vice*)
jbennett@bakerlaw.com
MATTHEW P. HAYDEN (*pro hac vice*)
mhayden@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone:   (513) 929-3499
Facsimile:    (513) 929-0303

HAYES F. MICHEL (CA SBN 141841)
hmichel@bakerlaw.com
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:   (310) 979-8460
Facsimile:    (310) 820-8859

Attorneys for Defendants
FUNAI ELECTRIC CO., LTD.
AND FUNAI CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, et al.,<br><br>Defendants. | Case No. 10-CV-00475-JF<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES FOR SUBMISSION OF DISCOVERY PLAN AND INITIAL DISCLOSURES** |

1   WHEREAS the period between April 29, 2010 and May 5, 2010 is known as
2   "Golden Week" in Japan and contains several public holidays recognized and
3   celebrated by the employees of the Japanese defendants.
4   WHEREAS under the February 2, 2010 Order Setting Initial Case
5   Management Conference and ADR Deadlines (DE 4) and the February 23, 2010
6   Clerk's Notice (DE 8), the deadline for the parties (1) to file their Case
7   Management Statement / Federal Rule of Civil Procedure 26(f) report and (2) to
8   serve initial disclosures is May 7, 2010.
9   WHEREAS the Defendants collectively seek to extend the deadlines for
10  these events because of Golden Week .
11  WHEREAS the Defendants have collectively requested of Plaintiff TV
12  Interactive Data Corporation ("TVI") that it stipulate to an extension of the above-
13  mentioned deadlines to accommodate Golden Week.
14  WHEREAS TVI does not oppose Defendants' collective request and has
15  further agreed to enter into this stipulation.
16  WHEREAS the February 23, 2010 Clerk's Notice (DE 8) changed the
17  deadlines set forth in the February 2, 2010 Order Setting Initial Case Management
18  Conference and ADR Deadlines (DE 4) by changing the date of the Case
19  Management Conference from May 12, 2010 to May 14, 2010, which thereby
20  extended by two days each of the deadlines of the February 2, 2010 Order Setting
21  Initial Case Management Conference and ADR Deadlines (DE 4).
22  WHEREAS Defendants previously requested and were granted an extension
23  to the deadline for conducting the meet and confer to discuss topics covered by Fed.
24  R. Civ. P. 26(f), ADR L.R. 3-5, and Patent L.R. 2-1 from April 23, 2010 to April
25  26, 2010, as well as an extension to the deadlines (1) for filing ADR Certifications
26  signed by Parties and Counsel, and (2) for filing a Stipulation to ADR Process or a
27  Notice of Need for ADR Phone Conference from April 23, 2010 to April 27, 2010.
28  WHEREAS the parties believe that a modification of the deadlines for filing

1  a Case Management Statement and for completion of initial disclosures will have
2  no adverse effect on the schedule for the case.
3      IT IS HEREBY ORDERED that the following deadlines will be modified as
4  follows:
5      1.   The Case Management Statement / Federal Rule of Civil Procedure
6  26(f) report shall be filed on or before May 11, 2010; and
7      2.   The Federal Rule of Civil Procedure Rule 26(a) initial disclosures shall
8  be made on or before May 17, 2010.
9      PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Dated:  5/4/10

     THE HONORABLE JEREMY FOGEL
12   UNITED STATES DISTRICT JUDGE