ROBERT T. HASLAM (Bar No. 71134)
RHaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA  94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

NATHAN E. SHAFROTH (Bar No. 232505)
NShafroth@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

RICHARD L. RAINEY (admitted *pro hac vice*)
RRainey@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, et al.<br><br>    Defendants | Civil Case No.: 5:10-cv-00475 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCUSE DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. FROM PARTICIPATION IN THE JULY 30, 2010 CASE MANAGEMENT CONFERENCE** |

1    IT IS HEREBY STIPULATED by and between Defendants Samsung Electronics Co.,
2 Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung"), and
3 Plaintiff TV Interactive Data Corporation ("TVI"), by and through their counsel of record, as
4 follows:
5    WHEREAS, on July 6, 2010, the Court noticed a further Case Management Conference
6 in this action, set to take place on July 30, 2010;
7    WHEREAS, Samsung and TVI have entered into an agreement effective July 5, 2010 to
8 settle their differences relating to this action ("the Settlement Agreement");
9    WHEREAS, Samsung and TVI plan on and intend to file a stipulation dismissing all
10 claims and counterclaims between them with prejudice no later than August 9, 2010 (within
11 three days of payment by Samsung of the agreed-upon settlement amount);
12    WHEREAS, the parties have met and conferred, and jointly believe that judicial
13 resources would be conserved, and Samsung counsel's unnecessary travel time and expense
14 would be avoided, if the Court excuses Samsung from attending or participating in the Case
15 Management Conference in this action currently set for July 30, 2010.
16    NOW THEREFORE, the parties hereby jointly and respectfully request that the Court
17 enter an Order excusing Samsung from attending or participating in the Case Management
18 Conference in this action currently set for July 30, 2010.

DATED: July 26, 2010              COVINGTON & BURLING LLP

                                  　/s/ Nathan E. Shafroth
                                  NATHAN E. SHAFROTH
                                  Attorneys for Defendants
                                  SAMSUNG ELECTRONICS CO., LTD. and
                                  SAMSUNG ELECTRONICS AMERICA,   INC.


DATED: July 26, 2010              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                  　/s/ Sang Young Brodie
                                  Sang Young Brodie
                                  Attorneys for Plaintiff
                                  TV INTERACTIVE CORPORATION

STIPULATION TO EXCUSE SAMSUNG FROM CMC
Civil Case No.: 5:10-cv-00475 JF

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court hereby excuses Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. from participation in the Case Management Conference in this action on July 30, 2010.

IT IS SO ORDERED.

July 29, 2010

_____
The Honorable Jeremy Fogel
United States District Judge