Ronald J. Schutz (*Pro Hac Vice* pending), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice)*, SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

**** E-filed July 29, 2010 ****

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TV INTERACTIVE DATA CORPORATION, a California Corporation,

Plaintiff,

v.

SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; DENON ELECTRONICS (USA), LLC,

Defendants.

**Case No. 10-00475 JF/HL**

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXPERT DISCOVERY**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

The parties hereby agree and stipulate as follows, subject to approval by this Court:

1. Expert-related written discovery in the above-captioned action shall be limited to the final expert reports, as well as any and all documents, materials, and/or other information the experts reviewed in reaching their opinions (whether affirmative or rebuttal opinions), except as otherwise provided in this stipulation.

2. The following shall be produced on the date expert disclosures are due: (a) expert reports, (b) any documents, materials and/or other information the experts reviewed in reaching their opinions, except as otherwise provided in this stipulation. To the extent any such documents, materials, and/or other information already has been produced in the litigation, the producing party may instead produce a schedule listing such documents and information by Bates number and any other information sufficient to identify the document and its location.

3. The parties and experts need not retain, produce or testify about drafts of the required expert reports (or related demonstratives and exhibits), other work product prepared by or for the experts or their staff, or notes, emails or other communications made in connection with the drafting of the reports.

AGREED and STIPULATED

I David Martinez, the filer of this document, attest that concurrence in the filing of this document has been obtained from each of the other signatories below.

DATED: July 23, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/David Martinez

Ronald J. Schutz (*Pro Hac Vice* pending)
Richard M. Martinez (*Pro Hac Vice*)
Sang Young A. Brodie (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

**ATTORNEYS FOR PLAINTIFF TV INTERACTIVE DATA CORPORATION**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: July 23, 2010

**MORRISON & FOERSTER LLP**

By: /s/Rick S. Ballinger
Karl J. Kramer
Rick S. Ballinger
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5775
Facsimile: (650) 494-0792

Jack W. Londen
**MORRISON & FOERSTER LLP**
Shin-Marunouchi 1-Chome
Tokyo, Chiuoda-ku 100-6529, Japan
Telephone: +81-3-3214-6522

**ATTORNEYS FOR DEFENDANTS D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC**

DATED: July 23, 2010

**BAKER & HOSTETLER, LLP**

By: /s/Kevin W. Kirsch
Kevin W. Kirsch
John F. Bennett
Matthew P. Hayden
David A. Mancino
**BAKER & HOSTETLER, LLP**
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone: (513) 929-3499
Facsimile: (513) 929-0303

Hayes F. Michel
**BAKER & HOSTETLER, LLP**
12100 Wilshire Blvd.
Los Angeles, CA 90025
Telephone: (310) 979-8460
Facsimile: (310) 820-8859

**ATTORNEYS FOR DEFENDANTS FUNAI ELECTRONIC CO. LTD. AND FUNAI CORPORATION, INC.**

DATED: July 23, 2010

**ROTHWELL, FIGG, ERNST & MANBECK**

By: /s/Brian A. Tollfeson

Steve Lieberman
Joo Mee Kim
Brian A. Tollefson
**ROTHWELL, FIGG, ERNST & MANBECK**
1425 K Street/Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

Clement L. Glynn
Lucas V. Munoz
**GLYNN & FINLEY**
One Walnut Creek Center
100 Pringle Ave./Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2801
Facsimile: (925) 945-1975

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; AND ZENITH ELECTRONICS LLC**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: July 23, 2010

**HOWREY LLP**

By: /s/Jason T. Anderson
Jason T. Anderson
Christina Finn
**HOWREY LLP**
1950 University Ave./4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3544
Facsimile: (650) 429-2096

Alan Grimaldi
Brian Rosenthal
**HOWREY LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 383-6989
Facsimile: (202) 383-6610

**ATTORNEYS FOR DEFENDANTS ROYAL PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: July 23, 2010

**MORRISON & FOERSTER LLP**

By: /s/Sherman W. Kahn

Karen Hagberg
Sherman W. Kahn
Hui Liu
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8032
Facsimile: (212) 468-7900

**ATTORNEYS FOR DEFENDANTS PIONEER CORPORATION AND PIONEER ELECTRONICS (USA) INC.**

DATED: July 23, 2010

**MORRISON & FOERSTER LLP**

By: /s/Sherman W. Kahn

Karen Hagberg
Sherman W. Kahn
Hui Liu
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8032
Facsimile: (212) 468-7900

**ATTORNEYS FOR DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION**

DATED: July 23, 2010

**COVINGTON & BURLING LLP**

By: /s/Nathan E. Shafroth

Nathan E. Shafroth
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7053
Facsimile: (415) 955-6503

Richard L. Rainey
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 662-5441

Robert T. Haslam
**COVINGTON & BURLING LLP**
333 Twin Dolphin Drive
Redwood Shores, CA 94062
Telephone: (650) 632-4702

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: July 23, 2010

**LERNER, DAVID, LITTENBERG, KRIMHOLZ & MENTLIK, L.L.P.**

By: /s/Jonathan A. David

Gregory S. Gewirtz
Jonathan A. David
Bryan J. Sommese
**LERNER, DAVID, LITTENBERG, KRIMHOLZ & MENTLIK, L.L.P.**
600 South Avenue West
Westfield, NJ 07090
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Duane M. Geck
Philip Barilovits
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 677-5501
Facsimile: (415) 596-0439

**ATTORNEYS FOR DEFENDANTS SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SONY CORPORATION; AND SONY COMPUTER ENTERTAINMENT INC.**

DATED: July 23, 2010

**DLA PIPER LLP**

By: /s/Ronald L. Yin

Ronald L. Yin
Mark D. Fowler
Gerald T. Sekimura
Sal Lim
Erik R. Fuehrer
**DLA PIPER LLP**
2000 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 833-2437
Facsimile: (650) 687-1208

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; AND TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**

DATED: July 23, 2010

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/Trevor C. Hill

Steven J. Routh
Sten A. Jensen
Trevor C. Hill
T. Vann Pearce, Jr.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8696
Facsimile: (202) 339-8500

William H. Wright
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone: (213) 612-2478

**ATTORNEYS FOR DEFENDANTS VICTOR COMPANY OF JAPAN, LTD. AND JVC AMERICAS CORP.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 29, 2010

Honorable Howard R. Lloyd
United States Magistrate Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On July 23, 2010, I served the foregoing document described as **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXPERT DISCOVERY** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Richard L. Rainey, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, D.C. 20004-2401
Phone: (202) 662-6000
Fax:(202) 662-6291
E-Mail: rrainey@cov.com

*Attorneys for Defendants*
Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

Sten A. Jensen, Esq.
Steven J. Routh, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
Phone: (202) 339-8400
Fax: (202) 339-8500
E-Mail: sjensen@orrick.com, srouth@orrick.com

*Attorneys for Defendant*
JVC Americas Corp.

Brian A. Tollefson, Esq.
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, DC 20005
Phone: (202) 783-6040
Fax: (202) 783-6031
E-Mail: btollefson@rfem.com

*Attorneys for Defendants*
Zenith Electronics LLC and LG Electronics U.S.A., Inc.

Alan Grimaldi, Esq.
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402
Phone: (202) 783-0800
Fax: (202) 383-6610
E-Mail: grimaldia@howrey.com

*Attorneys for Defendants*
Philips Electronic North America Corporation and Royal Philips Electronics N.V.

**[X]** **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[]** **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

**[]** **BY ELECTRONIC MEANS:** I served a true copy of the document(s) described on all parties to this action by electronic means.

**[X]** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 23, 2010 at Los Angeles, California.

/s/ Lilia Duarte
Lilia Duarte