Ronald J. Schutz (*Pro Hac Vice* pending), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David  Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No.  C 10-00475 JF<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together "Samsung"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 2, 2010, TVI filed this action in the United States District Court for the Northern District of California asserting claims of patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. On May 3, 2010, Samsung filed its Answer and Counterclaims.

3. TVI and Samsung have now reached an agreement to settle their differences relating to the above-captioned action.

4. All claims TVI asserted against Samsung in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than Samsung. TVI is dismissing only its claims against Samsung, and expressly maintains all of TVI's claims for relief against all other parties to this action.

5. All counterclaims Samsung asserted against TVI in the above-captioned action are hereby dismissed with prejudice.

6. TVI and Samsung each shall bear their own costs and attorneys' fees in connection with the action.

///
///
///

Case No.  C 10-00475 JF
81635594.1

- 1 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SAMSUNG AND [PROPOSED] ORDER

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

I, David Martinez, the filer of this document attest that concurrence in the filing of this document has been obtained from Nathan E. Shafroth.

DATED: August 4, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/David Martinez
Ronald J. Schutz (*Pro Hac Vice* pending)
Richard M. Martinez (*Pro Hac Vice*)
Sang Young A. Brodie (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

**ATTORNEYS FOR PLAINTIFF
TV INTERACTIVE DATA CORPORATION**

DATED: August 4, 2010          **COVINGTON & BURLING LLP**

By: /s/Nathan E. Shafroth
Nathan E. Shafroth
**COVINGTON & BURLING LLP**
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7053
Facsimile: (415) 955-6503

Richard L. Rainey
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue N.W.
Washington, DC 20004
Telephone: (202) 662-5441

Robert T. Haslam
**COVINGTON & BURLING LLP**
333 Twin Dolphin Drive
Redwood Shores, CA 94062
Telephone: (650) 632-4702

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.**

| Case No. C 10-00475 JF
81635594.1 | - 2 - | STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SAMSUNG AND [PROPOSED] ORDER |

**PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST SAMSUNG AND ALL COUNTERCLAIMS SAMSUNG ASSERTED AGAINST TVI IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE. IT IS SO ORDERED.**

DATED: 8/9/10

_____
Honorable Jeremy Fogel
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

    On August 4, 2010, I served the foregoing document described as **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. AND [PROPOSED] ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Richard L. Rainey, Esq.<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2401<br>Phone: (202) 662-6000<br>Fax:(202) 662-6291<br>E-Mail: rrainey@cov.com<br><br>*Attorneys for Defendants*<br>Samsung Electronics Co., Ltd. and<br>Samsung Electronics America, Inc. | Sten A. Jensen, Esq.<br>Steven J. Routh, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>Phone: (202) 339-8400<br>Fax: (202) 339-8500<br>E-Mail: sjensen@orrick.com,<br>srouth@orrick.com<br><br>*Attorneys for Defendant*<br>JVC Americas Corp. |
| Brian A. Tollefson, Esq.<br>ROTHWELL, FIGG, ERNST &<br>MANBECK, P.C.<br>1425 K Street, N.W. Suite 800<br>Washington, DC 20005<br>Phone: (202) 783-6040<br>Fax: (202) 783-6031<br>E-Mail: btollefson@rfem.com<br><br>*Attorneys for Defendants*<br>Zenith Electronics LLC and LG<br>Electronics U.S.A., Inc. | Alan Grimaldi, Esq.<br>HOWREY LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004-2402<br>Phone: (202) 783-0800<br>Fax: (202) 383-6610<br>E-Mail: grimaldia@howrey.com<br><br>*Attorneys for Defendants*<br>Philips Electronic North America<br>Corporation and Royal Philips<br>Electronics N.V. |

81351333.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1 **[X]** **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]** **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

**[ ]** **BY ELECTRONIC MEANS:** I served a true copy of the document(s) described on all parties to this action by electronic means.

**[X]** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on August 4, 2010 at Los Angeles, California.

/s/ Lilia Duarte
Lilia Duarte