1 [Counsel listed on signature pages]

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

12

13 TV INTERACTIVE DATA CORPORATION, ) Case No. 5:10-CV-00475-JF
 )
14 Plaintiff, ) **STIPULATION REGARDING CLAIM**
 ) **CONSTRUCTION PROCEDURES**
15 v. )
 )
16 SONY CORPORATION, et. al., )
 )
17 Defendants. )
 )
18 )

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, TV Interactive Data Corporation ("TVI") filed a complaint; Demand for Jury

2  Trial against Defendants to initiate the above-referenced patent infringement action.

3    WHEREAS, the Court issued: (1) an Order Setting Initial Case Management Conference and

4  ADR Deadlines, dated February 2, 2010; (2) a Related Cases Order on February 11, 2010, ordering

5  that the above-matter be re-assigned to United States District Judge Jeremy Fogel; and (3) a Clerk's

6  Notice, dated February 23, 2010, setting a Case Management Conference for May 14, 2010, before

7  Judge Jeremy Fogel.

8    WHEREAS, TVI and Defendants submitted a Joint Case Management Statement and

9  [Proposed] Order on May 11, 2010 (D.E. 168).  The submission contained the parties' proposed

10  schedules for the case.

11    WHEREAS, an Initial Case Management Conference was held on May 14, 2010 before the

12  Honorable Jeremy Fogel.  At the CMC, the Court adopted the defendants' proposed case schedule, up

13  to the date of the claim construction hearing, which the Court set for January 18, 2011.  See D.E. 169.

14    WHEREAS, a further Case Management Conference was held on July 30, 2010 before the

15  Honorable Jeremy Fogel.  Court adopted the proposed case schedule plus 30 days.  The Court further

16  set the case for a claim construction hearing on February 22, 2011.  *See* D.E. 214.

17    WHEREAS, in accordance with the schedule adopted by the Court, the parties exchanged

18  proposed terms for construction pursuant to Patent L.R. 4-1(a) on September 27, 2010.

19    WHEREAS, the parties met and conferred on October 11, 2010 under Patent L.R. 4-1(b) to

20  limit the terms in dispute.

21    WHEREAS, the parties acknowledge that ten (10) terms of the asserted claims from the four

22  patents-in-suit were already construed in the case captioned *TVI v. Microsoft*, No. C02-02385 JSW

23  (N.D. Cal.).

24    WHEREAS, the parties acknowledge that under the Patent Local Rules they must jointly

25  identify up to a maximum of ten (10) terms that are most significant to the resolution of the case.

26    WHEREAS, the parties seek to limit the terms in dispute in the case and minimize the burden

27  associated with claim construction for the Court and the parties.

28

Stipulation Regarding Claim Construction Procedures
Case No. 5:10-CV-00475-JF
DM_US:23229495_2

1    WHEREAS, the parties also seek to avoid waiving their rights to later request the Court to

2  construe additional terms, should those terms become relevant to resolution of the case.

3    Accordingly, pursuant to Northern District Civil Local Rules 7-12 and 6-2(a), it is hereby

4  stipulated by and between Plaintiff and Defendants that the presently scheduled round of claim

5  construction shall be limited to up to a maximum of ten (1) claim terms that have been jointly

6  identified by the parties as the most significant to resolution of the case (the "significant terms").  The

7  parties further agree to limit the activities covered by Patent Local Rules 4-2 through 4-7 in this round

8  of claim construction to the significant terms.  The claim construction hearing schedule for February

9  22, 2011 shall similarly be limited to the significant terms.

10    The parties further stipulate that a party may later propose additional claim terms to be

11  construed and request the Court to construe those additional claim terms, should those claim terms

12  become relevant to resolution of the case.

13

14                                            Ronald J. Schutz (*Pro Hac* Vice pending)
                                              Richard M. Martinez (*Pro Hac Vice*)
15                                            Sang Young Adam Brodie (*Pro Hac Vice*)
                                              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
16                                            800 LaSalle Plaza, Ste. 2800
                                              Minneapolis, MN  55402
17                                            TelephoneL  (612) 349-8500

18
                                              David Martinez (CA Bar No. 193183)
19                                            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                                              2049 Century Park East, Ste. 3400
20                                            Los Angeles, CA  90067

21
                                              **ATTORNEYS FOR PLAINTIFF**
22                                            **TV INTERACTIVE DATA CORPORATION**
     Dated:  October 15, 2010
23                                            By:   /s/ Sang Young A. Brodie
                                                        Sang Young A. Brodie
24

25

26

27

28

                                                    -2-
     Stipulation Regarding Claim Construction Procedures
     Case No. 5:10-CV-00475-JF
     DM_US:23229495_2

1

2   Karl J. Kramer
    Rick S. Ballinger
3   **MORRISON & FOERSTER LLP**
    755 Page Mill Road
4   Palo Alto, CA  94304
    Telephone:  (650) 813-5775
5   Facsimile:  (650) 494-0792

6   Jack W. Londen
    **MORRISON & FOERSTER LLP**
7   Shin-Marunouchi 1-Chome
    Tokyo, Chiyoda-ku 100-6529, Japan
8   Telephone:  +81-3-3214-6522

9   **ATTORNEYS FOR DEFENDANTS
    D&M HOLDINGS INC.; D&M HOLDINGS US,
10  INC.; AND DENON ELECTRONICS (USA), LLC**

11  Dated:  October 15, 2010

12  By:  /s/ Richard S. Ballinger
         Richard S. Ballinger

13

14  Kevin W. Kirsch
    John F. Bennett
15  Matthew P. Hayden
    David A. Mancino
16  **BAKER & HOSTETLER, LLP**
    312 Walnut Street, Ste. 3200
17  Cincinnati, OH  45202
    Telephone:  (513) 929-3499
18  Facsimile:  (513) 929-0303

19  Hayes F. Michel
    **BAKER & HOSTETLER, LLP**
20  12100 Wilshire Boulevard
    Los Angeles, CA  90025
21  Telephone:  (310) 979-8460
22  Facsimile:  (310) 820-8859

23  **ATTORNEYS FOR DEFENDANTS
24  FUNAI ELECTRIC CO. LTD. AND
    FUNAI CORPORATION, INC.**

25  Dated:  October 15, 2010

26  By:  /s/ Kevin W. Kirsch
         Kevin W. Kirsch

27  REY LLP

28

-3-

Stipulation Regarding Claim Construction Procedures
Case No. 5:10-CV-00475-JF

DM_US:23229495_2

1  Jason T. Anderson
   Christina M. Finn
2  **HOWREY LLP**
   1950 University Avenue, 4th Floor
3  East Alto, CA  94303
   Telephone:  (650) 798-3500
4  Facsimile:  (650) 798-3600

5
   Alan Grimaldi
6  Brian Rosenthal
   **HOWREY LLP**
7  1299 Pennsylvania Ave., NW
   Washington, DC  20004
8  Telephone:  (202 783-0800
   Facsimile:  (202) 383-6610
9

10 **ATTORNEYS FOR DEFENDANTS**
   **ROYAL PHILIPS ELECTRONICS N.V. AND**
11 **PHILIPS ELECTRONICS NORTH AMERICA**
   **CORPORATION**
12
   Dated:  October 15, 2010
13 By:  /s/Christina M. Finn
          Christina M. Finn
14

15
   Karen Hagberg
16 Sherman W. Kahn
   Hui Liu
17 **MORRISON & FORESTER LLP**
   1290 Avenue of the Americas
18 New York, NY  10104
   Telephone:  (212) 468-8032
19 Facsimile:  (212) 468-7900

20
   **ATTORNEYS FOR DEFENDANTS**
21 **SHARP CORPORATION AND**
   **SHARP ELECTRONICS CORPORATION**
22
23 Dated:  October 15, 2010   By:  /s/ Sherman W. Kahn
                                    Sherman W. Kahn
24

25

26

27  REY LLP

28

-4-

Stipulation Regarding Claim Construction Procedures
Case No. 5:10-CV-00475-JF

DM_US:23229495_2

1

2

3

4

5

6

Gregory S. Gewirtz
Jonathan A. David
Bryan J. Sommese
**LERNER, DAVID, LITTENBERG,**
 **KRUMHOLZ & MENTLIK, L.L.P.**
600 South Avenue West
Westfield, NJ  07090
Telephone:  (908) 654-5000
Facsimile:  (908) 654-7866

7

8

9

10

Duane M. Geck
Philip Barilovits
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
(415) 677-5501
(415) 596-0439

11

12

13

**ATTORNEYS FOR DEFENDANTS**
**SONY COMPUTER ENTERTAINMENT**
**AMERICA LLC; SONY CORPORATION OF**
**AMERICA; AND SONY ELECTRONICS, INC.**

14  Dated:  October 15, 2010

15

By:   /s/ Gregory S. Gewirtz
      Gregory S. Gewirtz

16

17

18

19

20

21

Ronald L. Yin
Mark D. Fowler
Gerald T. Sekimura
Sal Lim
Erik R. Fuehrer
**DLA PIPER LLP**
2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2437
Facsimile:  (650) 687-1208

22

23

**ATTORNEYS FOR DEFENDANTS**
**TOSHIBA CORPORATION,**
**TOSHIBA AMERICA, INC; AND TOSHIBA**
**AMERICA CONSUMER PRODUCTS, L.L.C.**

24

25

By:     /s/  Ronald L. Yin
        Ronald L. Yin

Dated:  October 17, 2010

26

27  REY LLP

28

-5-

Stipulation Regarding Claim Construction Procedures
Case No. 5:10-CV-00475-JF

DM_US:23229495_2

1   Steven J. Routh (*pro hac vice*)

2   Sten A. Jensen (*pro hac vice*)
    Trevor C. Hill (*pro hac vice*)

3   T. Vann Pearce, Jr. (*pro hac vice*)
    **ORRICK, HERRINGTON & SUTCLIFFE LLP**

4   1152 15th Street, NW
    Washington DC  20005

5   Telephone:  (202) 339-8696
    Facsimile:  (202) 339-8500

6

7   William H. Wright (Cal. Bar # 161580)
    **ORRICK, HERRINGTON & SUTCLIFFE LLP**

8   777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017

9   Telephone:  (213) 612-2478

10  **ATTORNEYS FOR DEFENDANTS**
    **VICTOR COMPANY OF JAPAN, LTD. AND**

11  **JVC AMERICAS CORP.**

12
    By:   /s/ William H. Wright

13  Dated:  October 17, 2010        William H. Wright

14

15       PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17

18  DATED:   10/25/10

19                                    Honorable Jeremy Fogel
                                      United States District Judge

20

21

22

23

24

25

26

27  REY LLP

28

-6-

Stipulation Regarding Claim Construction Procedures
Case No. 5:10-CV-00475-JF

DM_US:23229495_2