** E-filed November 4, 2010 **

1   Ronald J. Schutz, (*Pro Hac Vice* pending), RJSchutz@rkmc.com
    Richard M. Martinez, (*Pro Hac Vice*), RMMartinez@rkmc.com
2   Sang Young A. Brodie, (*Pro Hac Vice*), SYBrodie@rkmc.com
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
3   2800 LaSalle Plaza, 800 LaSalle Avenue
    Minneapolis, MN 55402
4   Telephone: (612) 349-8500
    Facsimile: (612) 339-4181
5
    David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
6   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
7   Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
8   Facsimile: (310) 229-5800

9   Attorneys for Plaintiff,
    TV INTERACTIVE DATA CORPORATION
10

11              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

12   TV INTERACTIVE DATA CORPORATION, a        **CASE NO. C 10-00475 JF**
     California corporation,
13                                              **STIPULATION AND**
                                                ~~**[PROPOSED]**~~ **ORDER FOR**
14              Plaintiff,                       **DISCOVERY OF HARD COPY**
                                                **AND ELECTRONICALLY**
15   v.                                          **STORED INFORMATION**
                                                **AS AMENDED BY THE COURT**
16   SONY CORPORATION; SONY COMPUTER
     ENTERTAINMENT INC.; SONY COMPUTER
17   ENTERTAINMENT AMERICA, INC.; SONY
     CORPORATION OF AMERICA; SONY
18   ELECTRONICS, INC.; SAMSUNG ELECTRONICS
     CO., LTD.; SAMSUNG ELECTRONICS AMERICA,
19   INC.; ROYAL PHILIPS ELECTRONICS N.V.;
     PHILIPS ELECTRONICS NORTH AMERICA
20   CORPORATION; TOSHIBA CORPORATION;
     TOSHIBA AMERICA, INC.; TOSHIBA AMERICA
21   CONSUMER PRODUCTS, L.L.C.; PANASONIC
     CORPORATION; PANASONIC CORPORATION OF
22   NORTH AMERICA; VICTOR COMPANY OF JAPAN,
     LTD.; JVC AMERICAS CORP.; LG ELECTRONICS,
23   INC.; LG ELECTRONICS U.S.A., INC.; ZENITH
     ELECTRONICS LLC; PIONEER CORPORATION;
24   PIONEER ELECTRONICS (USA) INC.; SHARP
     CORPORATION; SHARP ELECTRONICS
25   CORPORATION; FUNAI ELECTRIC CO., LTD;
     FUNAI CORPORATION, INC.; D&M HOLDINGS
26   INC.; DENON ELECTRONICS (USA), LLC,

27              Defendants.

28

81798694.1                                      STIPULATION AND ~~[PROPOSED]~~ ORDER
                                                FOR DISCOVERY OF HARD COPY AND
                                                ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**A.   ESI PRODUCTION.**

If electronic data are produced in TIFF format, the following applies:

1.   The production format is 300 dpi single page black and white Group IV TIFFs with extracted text.

2.   Metadata Fields.  ESI productions of imaged data shall include the following metadata field information, as defined in Table A, if such metadata information is present in the document(s) being produced:

| | | | |
|---|---|---|---|
| BEG_NO | ATTACH_RANGE | FILE_EXT | FILE_NAME |
| END_NO | TO | CC | BCC |
| HASH | SUBJECT | FROM | DATE_SENT |
| TIME_SENT | | | |

TVI reserves the right to request discovery toward the identity of a file's custodian and/or information for the metadata fields CREATE_DATE, DATE_LAST_MOD, and TIME_LAST_MOD to the extent TVI has a reasonable belief that the custodian's identity and/or additional information for the metadata fields CREATE_DATE, DATE_LAST_MOD, and TIME_LAST_MOD are relevant or will lead to the discovery of admissible evidence.  Defendants agree to consider any such discovery request but expressly reserve the right to object to or to provide the information in an alternative manner as appropriate under the circumstances.

3.   Unique IDs.  Each document should have a unique file name which will be the Bates number of that page or the range of the document.  The Bates numbers must appear on the face of each page in the lower right corner (*e.g.*, ABC0000001).

4.   Text Files.  For nonsearchable documents, a document-level text file should be provided in addition, except for documents maintained in non-convertible files.

5.   Color.  The parties will accommodate reasonable requests for production of specific images in color.

6.   Native Format.  The parties agreed to produce documents in native format for reasonable requests on a case-by-case basis.

/ / /

- 1 -

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

7.    TIFF productions will be produced with load files in Summation, Concordance, or Opticon format.

If electronic data are produced in native format, the following applies:

8.    Documents produced in native format will be produced with a corresponding control number assigned to the original file name and confidentiality designation, if any, for each such native file.  The control number may be affixed directly to files or produced in a separate document.  The parties need not separately provide metadata associated with files produced in native format because it would require redundant production of information inherent in native files.

The following also applies to ESI productions:

9.    Unique Documents/De-duplication Procedures.    In the interest of saving production costs, the parties are not required to produce duplicates of electronic documents stored in different locations.  Thus, the parties may only provide a single copy of a document although the document was distributed to multiple recipients.  TVI reserves the right to request Defendants to disclose custodian information for particular documents.

10.    Databases. Certain types of databases are dynamic in nature and will often contain information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Thus, a party may opt to produce relevant and responsive information from databases in an alternate form, such as a report or data table.  These reports or data tables will be produced in a static image format. To the extent that relevant and responsive reports or data tables derived from a database were also maintained in static form (*e.g.*, as a PDF attachment or a hard copy in a file), those documents will be produced as static images consistent with the specifications for production of ESI or paper, as the case may be.

The parties agree to identify the specific databases, by name and platform or engine (*e.g.*, Oracle, SQL), that contain the relevant and responsive information that parties produce.

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

11.    Non-Convertible Files:  Certain types of files such as system, program, video and sound files may not be amenable to conversion into a useful document format and are thus considered non-convertible files.  Relevant and responsive non-convertible files will be produced in their native format and a placeholder containing the Bates number and confidentiality designation, if any, will also be provided.  Defendants may also choose to produce non-convertible files in native format with a corresponding control number assigned to the original file name and confidentiality designation, if any, for each such native file.  The control number may be affixed directly to files or produced in a separate document.

12.    Parent-Child Relationships. The parties will make reasonable efforts to preserve parent-child relationships (the association between an attachment and its parent document).

**B.    HARD-COPY PRODUCTION.**

Hard-copy documents should be provided in the following format:

1.    A standard searchable document format agreed to amongst the parties or TIFF images, for example, 300 dpi single page black and white Group IV TIFFs.

2.    Color.  The parties will accommodate reasonable requests for production of specific images in color.

3.    Unique IDs.  Each image should have a unique file name that will be the Bates number of that page.  The Bates number must appear on the face of the image in the lower right corner (*e.g.*, ABC0000001).

4.    Unitizing of Documents.  When scanning paper documents, distinct documents should not be merged into a single record, and single documents should not be split into multiple records (*i.e.*, paper documents should be logically unitized). The parties will make their best efforts to have their vendors unitize documents correctly and will commit to address situations where there are improperly unitized documents.

///

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

5.   Database Load Files/Cross-Reference Files.  Documents should be provided with document management load files, such as load files in Summation, Concordance, or Opticon format.

6.   Parent-Child Relationships. The parties agree to make reasonable efforts to preserve parent-child relationships (the association between an attachment and its parent document).

7.   Objective Coding Fields.  The following objective coding fields should be provided to the extent determinable:  (i) Beginning Bates Number; (ii) Ending Bates Number; and (iii) Attachment Range Bates Numbers.

8.   Metadata.  Hard copy documents do not contain metadata.

9.   TVI reserves the right to request custodian information for documents produced under this provision.  Defendants agree to consider any such discovery request but expressly reserve the right to object to or to provide the information in an alternative manner as appropriate under the circumstances.

10.   OCR.  OCR text files are not required for hard-copy documents.  The receiving party may OCR hard-copy documents at its own expense.

**C.   MISCELLANEOUS PRODUCTION ITEMS.**

1.   Production Labels. The parties agree to attach a label to each piece of media containing production data. The label will provide the following information:

> **Party v. Party** (case name)
>
> **Case No. 000000** (case number)
>
> **Month, Day, Year** (date production was created on the disk)
>
> **Volume Number**
>
> **Bates Range**
>
> **Confidential Designation** ( if necessary)

2.   Production Media. Documents will be produced on CD-ROM or DVD disks or on portable hard drives.

/ / /

**D.   ACCESSIBLE AND INACCESSIBLE ESI.**

The parties agree to comply Rule 26(b)(2)(B) of the Federal Rules of Civil Procedure regarding accessible and inaccessible ESI.  The parties agree that the circumstances of this case do not warrant the preservation, review, or production of ESI that is not reasonably accessible because it is unlikely that significant relevant information would be located in those sources that is not otherwise available in reasonably accessible sources.  Examples of not reasonably accessible ESI may include:

- Backup Tapes
- Voicemail
- Instant Messaging
- Legacy Data
- Residual, fragmented, damaged, permanently deleted, slack and unallocated data
- Handheld PDA-type devices
- USB Flash Drives/Jump Drives
- Handheld PDA-type devices that operate independent of and/or are unsynchronized with a network

**E.   RIGHT TO REQUEST ADDITIONAL INFORMATION.**

The agreements set forth herein are without prejudice to the right of a requesting party to request additional information about specific ESI, including sources of ESI previously identified as "inaccessible ESI" in Section D.2., if that party can demonstrate that material, relevant, and responsive information that is not otherwise cumulative of information already produced can only be found through such additional efforts.  The parties will negotiate in good faith with regard to whether such additional efforts are reasonably required and, if so, who should bear the cost, with the Court to resolve such disputes if agreement cannot be reached.

/ / /

/ / /

/ / /

81798694.1

- 5 -

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

**F.    INADVERTENT PRODUCTION OF DOCUMENTS.**

1.    No Waiver of Privilege:  The inadvertent production or delivery of any materials during discovery in this action shall be without prejudice to any claim that such material is protected by any legally cognizable privilege or evidentiary protection including, but not limited to, the attorney-client privilege or the work product immunity.  No party shall be held to have voluntarily waived any rights by inadvertent production, so long as that party has complied with the conditions set forth in this order and stipulation.  However, a receiving party may assert that there has been a waiver if it can demonstrate that the "reasonableness" standard set forth in Rule 502(b) of the Federal Rules of Evidence has not been satisfied.

2.    Procedure for Asserting Privilege.  If a producing party inadvertently produces any protected or privileged materials without intending to waive the claim of protection or privilege associated with such a material (the "Inadvertently Produced Privileged Documents"), the producing party must notify the receiving party that such materials were inadvertently produced and should have been withheld as protected or privileged within ten days of discovering the inadvertent production.  Notice must be in writing, unless it is an oral notice delivered at a deposition.  If the notice is delivered orally at a deposition, the notifying party must follow up with a written notice within three days.  All requests and notifications must be specific enough to identify and locate the privileged information

3.    Procedure Upon Receiving Notice:  Upon receiving notice, the receiving party must return or destroy the specified material and all altered and unaltered hard and electronic copies in the receiving party's possession within ten days.  The receiving party must promptly certify that the materials have been returned or destroyed.  In addition, the producing party will send a replacement disk containing all non-privileged documents that were contained on the original production disk.  The producing party shall add the subject document to its privilege log and provide the updated Privilege Log to the receiving party.   If the Inadvertently Produced Privilege Document requires redaction only, the producing party shall within thirty (30) days of the Notice of Recall, provide to the receiving party a redacted version of the document and an

- 6 -

STIPULATION AND [PROPOSED] ORDER
FOR DISCOVERY OF HARD COPY AND
ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1  updated privilege log by submitting a replacement disk containing the original production with
2  the redacted documents included.

3      4.    Procedure for Contesting Privilege:  The return of an Inadvertently Produced
4  Privilege Document does not preclude the receiving party from disagreeing with the designation
5  of the document as privileged or as redacted and re-produced and bringing a Motion to Compel
6  its production pursuant to the Federal Rules of Civil Procedure and the terms of this stipulation.
7  The receiving party shall have twenty days from receipt of the notice of inadvertent production to
8  notify the producing party that it is reserving the right to object to the claim of privilege.  After
9  deciding which Inadvertently Produced Privileged Documents it intends to contest a claim of
10  privilege, the receiving party shall notify the producing party in writing of its objections to the
11  claims of privilege for each Inadvertently Produced Privilege Document and the grounds for the
12  objections.  To be clear, a receiving party may challenge claims of privilege over Inadvertently
13  Produced Privilege Documents on a case-by-case basis or wait to challenge claims of privilege
14  over Inadvertently Produced Privilege Documents collectively.  The parties will attempt to
15  resolve any such challenges by meeting and conferring.  In the event that such a challenge is not
16  resolved through the meet and confer process, the receiving party may file a motion to compel
17  disclosure and production of the Inadvertently Produced Privileged Document(s).  In response to
18  any such motion to compel, the producing party shall submit all challenged Inadvertently
19  Produced Privilege Documents under seal and the grounds for the asserted privilege or protection
20  to the Court for a determination of the claim of privilege or protection.

21  / / /
22  / / /
23  / / /

<span style="color:red">(in voice to voice dialogue; other forms of communication are not sufficient)</span>

<span style="color:red">(in accordance with the procedures and standards set forth in Civil Local Rule 79-5 and General Order 62)</span>

24
25
26
27
28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81798694.1

- 7 -

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1       I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of

2   this document has been obtained from each of the signatories below.

3

4   DATED: October 19, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

5

6   By: _/s/ Sang Young A. Brodie_____
    Ronald J. Schutz (*Pro Hac Vice* pending)

7       Richard M. Martinez (*Pro Hac Vice*)
    Sang Young A. Brodie (*Pro Hac Vice*)

8       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    800 LaSalle Avenue, 2800 LaSalle Plaza

9       Minneapolis, MN 55402
    Telephone: (612) 349-8500

10      Facsimile: (612) 339-4181

11      David Martinez, (CA Bar No. 193183),
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

12      2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208

13      Telephone: (310) 552-0130
    Facsimile: (310) 229-5800

14      **ATTORNEYS FOR PLAINTIFF**

15      **TV INTERACTIVE DATA CORPORATION**

16

17

18

19

20

21

22

23

24

25

26

27

28

81798694.1               - 8 -      STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    DATED:  October 19, 2010                    **MORRISON & FOERSTER LLP**

2

3                                                By:  ___/s/ Rick S. Ballinger_____
                                                 Karl J. Kramer
                                                 Rick S. Ballinger
4                                                **MORRISON & FOERSTER LLP**
                                                 755 Page Mill Road
5                                                Palo Alto, CA  94304
                                                 Telephone:  (650) 813-5775
6                                                Facsimile:  (650) 494-0792

7                                                Jack W. Londen
                                                 **MORRISON & FOERSTER LLP**
8                                                Shin-Marunouchi 1-Chome
                                                 Tokyo, Chiuoda-ku 100-6529, Japan
9                                                Telephone:  +81-3-3214-6522

10                                               **ATTORNEYS FOR DEFENDANTS D&M
                                                 HOLDINGS INC.; D&M HOLDINGS US,
11                                               INC.; AND DENON ELECTRONICS (USA),
                                                 LLC**

12

13   DATED:  October 19, 2010                    **BAKER & HOSTETLER, LLP**

14

15                                               By:  ___/s/ Kevin W. Kirsch_____
                                                 Kevin W. Kirsch
16                                               John F. Bennett
                                                 Matthew P. Hayden
17                                               David A. Mancino
                                                 **BAKER & HOSTETLER, LLP**
18                                               312 Walnut Street, Suite 3200
                                                 Cincinnati, OH  45202
19                                               Telephone:  (513) 929-3499
                                                 Facsimile:  (513) 929-0303

20

21                                               Hayes F. Michel
                                                 **BAKER & HOSTETLER, LLP**
22                                               12100 Wilshire Blvd.
                                                 Los Angeles, CA  90025
23                                               Telephone:  (310) 979-8460
                                                 Facsimile:  (310) 820-8859

24

25                                               **ATTORNEYS FOR DEFENDANTS FUNAI
                                                 ELECTRONIC CO. LTD. AND FUNAI
26                                               CORPORATION, INC.**

27

28

81798694.1                        - 9 -            STIPULATION AND [PROPOSED] ORDER
                                                   FOR DISCOVERY OF HARD COPY AND
                                                   ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    DATED:  October 19, 2010              HOWREY LLP

2

3                                          By:    /s/ Jason T. Anderson
                                           Jason T. Anderson
4                                          Christina M. Finn
                                           HOWREY LLP
5                                          1950 University Ave./4th Floor
                                           East Palo Alto, CA  94303
6                                          Telephone:  (650) 798-3500
                                           Facsimile:   (650) 798-3600

7                                          Alan Grimaldi
                                           Brian Rosenthal
8                                          HOWREY LLP
                                           1299 Pennsylvania Ave., N.W.
9                                          Washington, DC  20004
                                           Telephone:  (202) 783-0800
10                                         Facsimile:   (202) 383-6610

11                                         ATTORNEYS FOR DEFENDANTS ROYAL
                                           PHILIPS ELECTRONICS N.V. AND PHILIPS
12                                         ELECTRONICS NORTH AMERICA
                                           CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

81798694.1                            - 10 -        STIPULATION AND [PROPOSED] ORDER
                                                    FOR DISCOVERY OF HARD COPY AND
                                                    ESI

DATED: October 19, 2010

**MORRISON & FOERSTER LLP**

By: ___/s/ Karen Hagberg_____
Karen Hagberg
Sherman W. Kahn
Hui Liu
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8032
Facsimile: (212) 468-7900

**ATTORNEYS FOR DEFENDANTS PIONEER CORPORATION AND PIONEER ELECTRONICS (USA) INC.**

DATED: October 19, 2010

**MORRISON & FOERSTER LLP**

By: ___/s/ Karen Hagberg_____
Karen Hagberg
Sherman W. Kahn
Hui Liu
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8032
Facsimile: (212) 468-7900

**ATTORNEYS FOR DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81798694.1

- 11 -

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1   DATED:  October 19, 2010     **LERNER, DAVID, LITTENBERG,**
                 **KRUMHOLZ & MENTLIK, L.L.P.**
2

3                      By:   /s/ Gregory S. Gewritz
                      Gregory S. Gewirtz
4                      Jonathan A. David
                      Bryan J. Sommese
5                      **LERNER, DAVID, LITTENBERG,**
                      **KRUMHOLZ & MENTLIK, L.L.P.**
6                      600 South Avenue West
                      Westfield, NJ  07090
7                      Telephone:  (908) 654-5000
                      Facsimile:  (908) 654-7866
8

9                      Duane M. Geck
                      Philip Barilovits
10                    **SEVERSON & WERSON**
                    One Embarcadero Center, Suite 2600
11                    San Francisco, CA  94111
                    Telephone:  (415) 677-5501
12                    Facsimile:  (415) 596-0439

13                    **ATTORNEYS FOR DEFENDANTS SONY**
                    **CORPORATION; SONY COMPUTER**
14                    **ENTERTAINMENT INC.; SONY COMPUTER**
                    **ENTERTAINMENT AMERICA LLC; SONY**
15                    **CORPORATION OF AMERICA; AND SONY**
                    **ELECTRONICS, INC.**
16

17   DATED:  October 19, 2010     **DLA PIPER LLP**

18

19                      By:   /s/ Ronald L. Yin
                      Ronald L. Yin
20                      Mark D. Fowler
                    Gerald T. Sekimura
21                    Sal Lim
                    Erik R. Fuehrer
22                    **DLA PIPER LLP**
                    2000 University Ave.
23                    East Palo Alto, CA  94303
                    Telephone:  (650) 833-2437
24                    Facsimile:  (650) 687-1208

25                    **ATTORNEYS FOR DEFENDANTS TOSHIBA**
                    **CORPORATION; TOSHIBA AMERICA, INC.;**
26                    **AND TOSHIBA AMERICA CONSUMER**
                    **PRODUCTS, L.L.C.**

27

28

81798694.1                  - 12 -     STIPULATION AND [PROPOSED] ORDER
                                      FOR DISCOVERY OF HARD COPY AND
                                      ESI

DATED:  October 19, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  /s/ William H. Wright
Steven J. Routh
Sten A. Jensen
Trevor C. Hill
T. Vann Pearce, Jr.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, NW
Washington, DC  20005
Telephone:  (202) 339-8696
Facsimile:  (202) 339-8500

William H. Wright
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa St., Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 612-2478

**ATTORNEYS FOR DEFENDANTS VICTOR COMPANY OF JAPAN, LTD. AND JVC AMERICAS CORP.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81798694.1

- 13 -

STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISCOVERY OF HARD COPY AND ESI

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

DATED:      November 4, 2010

4

Honorable Howard R. Lloyd
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

81798694.1

STIPULATION AND [PROPOSED] ORDER
FOR DISCOVERY OF HARD COPY AND
ESI

## TABLE A. METADATA FIELDS

| Field Name | Description/ Comments |
|---|---|
| BEG_NO | Bates number associated with the first page of a document. |
| END_NO | Bates number associated with the last page of a document. |
| ATTACH_RANGE | Attachment range for parent and children. The range should start with the BEG_NO of the parent and end with the END_NO of the last child. |
| FILE_EXT | File extension of native file (*e.g.*, XLS, DOC ) |
| FILE_NAME | Original file name of native file. Contains subject of email message for e-mail records. |
| HASH | The Hash value or "de-duplication key" assigned to a document. Parties will use MD5 Hash value for this unique identifier. PID's for email families should also be preserved. |
| SUBJECT | Information from the Subject line of the e-mail message |
| FROM | Author of e-mail message |
| TO | Recipients of the e-mail message |
| CC | Recipient of Carbon Copies of the e-mail message |
| BCC | Recipient of blind carbon copies of the e-mail message |
| DATE_SENT | Sent date of an e-mail message. Must be in mm/dd/yyyy format. |
| TIME_SENT | Sent time of an e-mail message. GMT/CST/time is was created in/Needs to be in military format. |

81798694.1

STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ESI

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

**PROOF OF SERVICE**

STATE OF MINNESOTA          )
                            ) ss.
COUNTY OF HENNEPIN          )

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is 800 LaSalle Avenue 2800 LaSalle Plaza, Minneapolis Minnesota 55402.

On October 20, 2010 I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY OF HARD COPY AND ELECTRONICALLY STORED INFORMATION** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[]    **BY MAIL:** I caused such envelope to be deposited in the mail at Minneapolis, Minnesota. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[]    **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[]    **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]    **BY E-MAIL:** I served a true copy of the document(s) on all parties to this action via e-mail transmission. E-mail transmissions were sent and addressed as stated above.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on October 20, 2010 at Minneapolis, Minnesota.

_Michele M. Tacheny_
Michele M. Tacheny

1

## SERVICE LIST

2

3

### TV Interactive Data Corporation v. Sony, et al.
U.S.D.C. Northern District of California Case No. 10-CV-00475 EMC

4

5

Karl J. Kramer *(registered ECF user)*
Richard S. Ballinger *(registered ECF user)*
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
E-mail: kkramer@mofo.com
E-mail: rballinger@mofo.com

6

7

8

9

Karl J. Kramer *(registered ECF user)*
Richard S. Ballinger *(registered ECF user)*
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
E-mail: kkramer@mofo.com
E-mail: rballinger@mofo.com

10

Jack W. Londen *(registered ECF user)*
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
E-mail: jlonden@mofo.com

11

12

Jack W. Londen *(registered ECF user)*
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
E-mail: jlonden@mofo.com

13

*D&M Holdings Inc.*

14

*D&M Holdings US Inc.; and*
*Denon Electronics (USA), LLC*

Kevin W. Kirsch *(registered ECF user)*
John F. Bennett *(registered ECF user)*
Matthew P. Hayden *(registered ECF user)*
David A. Mancino *(registered ECF user)*
Baker & Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202
E-mail: kkirsch@bakerlaw.com
E-mail: jbennett@bakerlaw.com
E-mail: mhayden@bakerlaw.com
E-mail: dmancino@bakerlaw.com

15

16

17

18

19

20

21

Jason Anderson *(registered ECF user)*
Christina Finn
Howrey LLP
1950 University Ave.
Fourth Floor
East Palo Alto, CA 94303
E-mail: Anderson@howrey.com
E-mail: FinnC@howrey.com

Alan Grimaldi
Brian Rosenthal *(registered ECF user)*
Howrey LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004
E-mail: grimaldia@howrey.com
E-mail: rosenthalb@howrey.com

22

Hayes F. Michel *(registered ECF user)*
Baker & Hostetler LLP
12100 Wilshire Blvd.
Los Angeles, CA 90025
E-mail: hmichel@bakerlaw.com

23

24

25

*Funai Electric Co. Ltd.; and*
*Funai Corporation, Inc.*

26

*Philips Electronic North America*
*Corporation; and*
*Royal Philips Electronics N.V.*

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

81152554.1

- 2 -

PROOF OF SERVICE

1   Karen I. Hagberg *(registered ECF user)*        Gregory G. Gewirtz *(registered ECF user)*
    Sherman W. Kahn *(registered ECF user)*         Jonathan A. David *(registered ECF user)*
2   Hui Liu *(registered ECF user)*                 Bryan J. Sommese *(registered ECF user)*
3   Morrison & Foerster LLP                         Lerner David Littenberg Krumholz & Mentlik
    1290 Avenue of the Americas                     600 South Ave. West
4   New York, NY  10104                             Westfield, NJ  07090
    E-mail:  khagberg@mofo.com                      E-mail:  ggewirtz@ldlkm.com
5   E-mail:  skahn@mofo.com                         E-mail:  jdavid@ldlkm.com
6   E-mail:  hliu@mofo.com                          E-mail:  bsommese@ldlkm.com

7   Bryan Wilson                                    Duane M. Geck
    Morrison & Foerster LLP                         Philip Barilovits *(registered ECF user)*
8   755 Page Mill Road                              Severson & Werson
    Palo Alto, CA  94304                            One Embarcadero Center
9   E-mail:  BWilson@mofo.com                       Suite 2600
                                                    San Francisco, CA  94111
10  *Pioneer Corporation; and*                      E-mail:  dmg@severson.com
11  *Pioneer Electronics (USA) Inc.*                E-mail:  pb@severson.com

12  Karen I. Hagberg *(registered ECF user)*        *Sony Corporation;*
    Sherman W. Kahn *(registered ECF user)*         *Sony Computer Entertainment Inc.;*
13  Hui Liu *(registered ECF user)*                 *Sony Computer Entertainment America, Inc.;*
14  Morrison & Foerster                             *Sony Corporation of America; and*
    1290 Avenue of the Americas                     *Sony Electronics, Inc.*
15  New York, NY  10104
    E-mail:  khagberg@mofo.com                      Ronal L. Yin *(registered ECF user)*
16  E-mail:  skahn@mofo.com                         Mark D. Fowler *(registered ECF user)*
    E-mail:  hliu@mofo.com                          Gerald T. Sekimura
17                                                  Sal Lim *(registered ECF user)*
18  Bryan Wilson                                    Erik R. Fuchrer *(registered ECF user)*
    Morrison & Foerster                             DLA Piper LLP
19  755 Page Mill Road                              2000 University Ave.
    Palo Alto, CA  94304                            East Palo Alto, CA  94303
20  E-mail:  BWilson@mofo.com                       E-mail:  Toshiba-TVInteractive@dlapiper.com

21  *Sharp Corporation; and*                        *Toshiba Corporation;*
22  *Sharp Electronics Corporation*                 *Toshiba America, Inc.; and*
                                                    *Toshiba America Consumer Products, LLC*
23

24

25

26

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

81152554.1                         - 3 -

                                                    PROOF OF SERVICE

1    Steven J. Routh
     T. Vann Pearce *(registered ECF user)*
2    Sten A. Jensen
     Trevor C. Hill *(registered ECF user)*
3    Orrick Herrington & Sutcliffe LLP
     1152 15th St. NW
4    Columbia Center
     Washington, DC 20005
5    E-mail: srouth@orrick.com
     E-mail: vpearce@orrick.com
6    E-mail: sjensen @orrick.com
7    E-mail: thill@orrick.com

8
     William H. Wright *(registered ECF user)*
9    Orrick Herrington & Sutcliffe LLP
     777 So. Figueroa St./Suite 3200
10   Los Angeles, CA 90017
     E-mail: wwright@orrick.com
11

12   *Victor Company of Japan, Ltd.; and*
     *JVC Americas Corp.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

81152554.1                          - 4 -