Ronald J. Schutz (*Pro Hac Vice* pending), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181


David  Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No.  C 10-00475 JF<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PIONEER CORPORATION AND PIONEER ELECTRONICS (USA) INC. AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 41, Civ. L.R. 7-12, and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Pioneer Corporation and Pioneer Electronics (USA) Inc. (together "Pioneer"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 2, 2010, TVI filed this action in the United States District Court for the Northern District of California asserting claims of patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. On May 3, 2010, Pioneer filed its Answer and Counterclaims.

3. TVI and Pioneer have now reached an agreement to settle their differences relating to the above-captioned action.

4. All claims TVI asserted against Pioneer in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than Pioneer. TVI is dismissing only its claims against Pioneer, and expressly maintains all of TVI's claims for relief against all other parties to this action.

5. All counterclaims Pioneer asserted against TVI in the above-captioned action are hereby dismissed with prejudice.

6. TVI and Pioneer each shall bear their own costs and attorneys' fees in connection with the action.

7. TVI and Pioneer request that the Court reserve jurisdiction over this matter with respect to Pioneer to oversee and enforce the agreement between TVI and Pioneer.

///
///
///

I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of this document has been obtained from Sherman W. Kahn.

DATED:  November 15, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ Sang Young A. Brodie
Ronald J. Schutz (*Pro Hac Vice* pending)
Richard M. Martinez (*Pro Hac Vice*)
Sang Young A. Brodie (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David  Martinez, (CA Bar No. 193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

**ATTORNEYS FOR PLAINTIFF
TV INTERACTIVE DATA CORPORATION**

| | | |
|---|---|---|
| 1 | Dated: November 15, 2010 | **MORRISON & FOERSTER LLP** |
| 2 | | By:  /s/ Sherman W. Kahn |
| 3 | | Karen L. Hagberg (*pro hac vice*)<br>KHagberg@mofo.com |
| 4 | | Sherman W. Kahn (CA SBN 168924)<br>SKahn@mofo.com |
| 5 | | Hui Liu (*pro hac vice*)<br>HLiu@mofo.com |
| 6 | | MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas |
| 7 | | New York, NY  10104<br>Telephone: 212.468.8000 |
| 8 | | Facsimile: 212.468.7900 |
| 9 | | Bryan Wilson<br>BWilson@mofo.com |
| 10 | | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 11 | | Palo Alto, CA  94304-1018<br>Telephone: 650.813.5600 |
| 12 | | Facsimile: 650.494.0792 |
| 13 | | **ATTORNEYS FOR DEFENDANTS PIONEER CORPORATION AND PIONEER** |
| 14 | | **ELECTRONICS (USA), INC.** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Case No.  C 10-00475 JF

81848931.1

- 3 -

STIPULATION OF DISMISSAL OF CLAIMS
WITH PREJUDICE BETWEEN PLAINTIFF
AND PIONEER AND [PROPOSED] ORDER

**PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST PIONEER AND ALL COUNTERCLAIMS PIONEER ASSERTED AGAINST TVI IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE. IT IS SO ORDERED.**

DATED: 11/16/10

_____
Honorable Jeremy Fogel
United States District Judge

Case No. C 10-00475 JF

- 4 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PIONEER AND [PROPOSED] ORDER

81848931.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## PROOF OF SERVICE

STATE OF MINNESOTA      )
                        ) ss.
COUNTY OF HENNEPIN      )

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is 800 LaSalle Avenue 2800 LaSalle Plaza, Minneapolis Minnesota 55402.

On November 15, 2010 I served the foregoing document described as **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PIONEER CORPORATION AND PIONEER ELECTRONICS (USA) INC. AND [PROPOSED] ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[ ]  **BY MAIL:** I caused such envelope to be deposited in the mail at Minneapolis, Minnesota. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]  **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[ ]  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]  **BY E-MAIL:** I served a true copy of the document(s) on all parties to this action via e-mail transmission. E-mail transmissions were sent and addressed as stated above.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on November 15, 2010 at Minneapolis, Minnesota.

*/s/ Michele M. Tacheny*
Michele M. Tacheny

81152554.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE

# SERVICE LIST

TV Interactive Data Corporation v. Sony, et al.
U.S.D.C. Northern District of California Case No. 10-CV-00475 EMC

| | |
|---|---|
| Karl J. Kramer *(registered ECF user)*<br>Richard S. Ballinger *(registered ECF user)*<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail: kkramer@mofo.com<br>E-mail: rballinger@mofo.com | Karl J. Kramer *(registered ECF user)*<br>Richard S. Ballinger *(registered ECF user)*<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail: kkramer@mofo.com<br>E-mail: rballinger@mofo.com |
| Jack W. Londen *(registered ECF user)*<br>Morrison & Foerster LLP<br>Shin-Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>E-mail: jlonden@mofo.com | Jack W. Londen *(registered ECF user)*<br>Morrison & Foerster LLP<br>Shin-Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>E-mail: jlonden@mofo.com |
| *D&M Holdings Inc.* | *D&M Holdings US Inc.; and*<br>*Denon Electronics (USA), LLC* |
| Kevin W. Kirsch *(registered ECF user)*<br>John F. Bennett *(registered ECF user)*<br>Matthew P. Hayden *(registered ECF user)*<br>David A. Mancino *(registered ECF user)*<br>Baker & Hostetler LLP<br>312 Walnut Street<br>Suite 3200<br>Cincinnati, OH  45202<br>E-mail: kkirsch@bakerlaw.com<br>E-mail: jbennett@bakerlaw.com<br>E-mail: mhayden@bakerlaw.com<br>E-mail: dmancino@bakerlaw.com | Jason Anderson *(registered ECF user)*<br>Christina Finn *(registered ECF user)*<br>Howrey LLP<br>1950 University Ave.<br>Fourth Floor<br>East Palo Alto, CA  94303<br>E-mail: Anderson@howrey.com<br>E-mail: FinnC@howrey.com |
| Hayes F. Michel *(registered ECF user)*<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd.<br>Los Angeles, CA  90025<br>E-mail: hmichel@bakerlaw.com | Alan Grimaldi<br>Brian Rosenthal *(registered ECF user)*<br>Howrey LLP<br>1299 Pennsylvania Ave. NW<br>Washington, DC  20004<br>E-mail: grimaldia@howrey.com<br>E-mail: rosenthalb@howrey.com |
| *Funai Electric Co. Ltd.; and*<br>*Funai Corporation, Inc.* | *Philips Electronic North America*<br>*Corporation; and*<br>*Royal Philips Electronics N.V.* |

81152554.1                                   - 2 -

                                                                                        PROOF OF SERVICE

| | |
|---|---|
| Karen I. Hagberg *(registered ECF user)*<br>Sherman W. Kahn *(registered ECF user)*<br>Hui Liu *(registered ECF user)*<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>E-mail:  khagberg@mofo.com<br>E-mail:  skahn@mofo.com<br>E-mail:  hliu@mofo.com<br><br>Bryan Wilson<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail:  BWilson@mofo.com<br><br>*Pioneer Corporation; and*<br>*Pioneer Electronics (USA) Inc.* | Gregory G. Gewirtz *(registered ECF user)*<br>Jonathan A. David *(registered ECF user)*<br>Bryan J. Sommese *(registered ECF user)*<br>Lerner David Littenberg Krumholz & Mentlik<br>600 South Ave. West<br>Westfield, NJ  07090<br>E-mail:  ggewirtz@ldlkm.com<br>E-mail:  jdavid@ldlkm.com<br>E-mail:  bsommese@ldlkm.com<br><br>Duane M. Geck<br>Philip Barilovits *(registered ECF user)*<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA  94111<br>E-mail:  dmg@severson.com<br>E-mail:  pb@severson.com |
| Karen I. Hagberg *(registered ECF user)*<br>Sherman W. Kahn *(registered ECF user)*<br>Hui Liu *(registered ECF user)*<br>Morrison & Foerster<br>1290 Avenue of the Americas<br>New York, NY  10104<br>E-mail:  khagberg@mofo.com<br>E-mail:  skahn@mofo.com<br>E-mail:  hliu@mofo.com<br><br>Bryan Wilson<br>Morrison & Foerster<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail:  BWilson@mofo.com<br><br>*Sharp Corporation; and*<br>*Sharp Electronics Corporation* | *Sony Corporation;*<br>*Sony Computer Entertainment Inc.;*<br>*Sony Computer Entertainment America, Inc.;*<br>*Sony Corporation of America; and*<br>*Sony Electronics, Inc.*<br><br>Ronal L. Yin *(registered ECF user)*<br>Mark D. Fowler *(registered ECF user)*<br>Gerald T. Sekimura<br>Sal Lim *(registered ECF user)*<br>Erik R. Fuehrer *(registered ECF user)*<br>DLA Piper LLP<br>2000 University Ave.<br>East Palo Alto, CA  94303<br>E-mail:  Toshiba-TVInteractive@dlapiper.com<br><br>*Toshiba Corporation;*<br>*Toshiba America, Inc.; and*<br>*Toshiba America Consumer Products, LLC* |

81152554.1

- 3 -

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Steven J. Routh |
| 2 | T. Vann Pearce *(registered ECF user)*<br>Sten A. Jensen |
| 3 | Trevor C. Hill *(registered ECF user)*<br>Orrick Herrington & Sutcliffe LLP |
| 4 | 1152 15th St. NW |
| 5 | Columbia Center<br>Washington, DC  20005 |
| 6 | E-mail:  srouth@orrick.com<br>E-mail:  vpearce@orrick.com |
| 7 | E-mail:  sjensen @orrick.com<br>E-mail:  thill@orrick.com |
| 8 | |
| 9 | William H. Wright *(registered ECF user)*<br>Orrick Herrington & Sutcliffe LLP |
| 10 | 777 So. Figueroa St./Suite 3200<br>Los Angeles, CA  90017 |
| 11 | E-mail:  wwright@orrick.com |
| 12 | *Victor Company of Japan, Ltd.; and*<br>*JVC Americas Corp.* |