1 [COMPLETE LIST OF COUNSEL
2 IDENTIFIED ON SIGNATURE PAGES]

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| TV INTERACTIVE DATA CORPORATION, | Case No. 10-CV-00475-JF |
|---|---|
| Plaintiff, | **STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION AND DEFENDANTS CONCERNING DR. ANDREW WOLFE AND [PROPOSED] ORDER** |
| v. | |
| SONY CORPORATION, et al., | |
| Defendants. | |

WHEREAS Defendants Funai Electric Co., Ltd. and Funai Corporation, Inc. (collectively, the "Funai Defendants") have notified TVI and the other parties that the Funai Defendants believe that they have a basis to object to the designation of Dr. Andrew Wolfe by TVI as a testifying expert on the grounds that Dr. Andrew Wolfe is a named inventor on multiple patent applications that members of the Funai Defendants' litigation team are currently prosecuting;

WHEREAS Plaintiff TVI does not agree that the Funai Defendants have a basis to object to the designation of Dr. Andrew Wolfe by TVI as a testifying expert in this case; and

WHEREAS, to resolve the Funai Defendants' alleged basis for such an objection, TVI and Defendants have agreed to an evidentiary bar relating to (1) the relationship between or among Dr. Wolfe, Baker & Hostetler LLP, the specific attorneys prosecuting the patent applications and/or the entity for whom Baker & Hostetler LLP is prosecuting the patent applications; (2) the fact that Baker & Hostetler LLP and the specific attorneys prosecuting the patent applications prosecuted such patent applications in which Dr. Wolfe is a named inventor; and (3) the fact that Baker & Hostetler LLP and the specific attorneys prosecuting the patent applications prosecuted such patent applications on behalf of the entity for whom Baker & Hostetler LLP is prosecuting the patent applications.

IT IS HEREBY STIPULATED AND AGREED as follows:

Neither TVI, Defendants, the parties' attorneys, the parties' representatives, nor Dr. Wolfe may reference in any further Court filing, Court hearing or jury trial in this case:

   (1) the relationship between or among Dr. Wolfe, Baker & Hostetler LLP, the specific attorneys prosecuting the patent applications and/or the entity for whom Baker & Hostetler LLP is prosecuting the patent applications;

10-CV-00475-JF                                    1                    STIPULATION CONCERNING ANDREW WOLFE

    (2) the fact that Baker & Hostetler LLP and the specific attorneys prosecuting the patent applications prosecuted such patent applications in which Dr. Wolfe is a named inventor; and

    (3) the fact that Baker & Hostetler LLP and the specific attorneys prosecuting the patent applications prosecuted such patent applications on behalf of the entity for whom Baker & Hostetler LLP is prosecuting the patent applications.

  Notwithstanding the above general agreement, all parties to this Stipulation reserve the right to: (1) request the Court to enforce the Stipulation in the event of an alleged breach; and (2) seek appropriate relief from the Court in the event of an alleged breach. TVI and Dr. Wolfe further reserve the right to respond should any Defendant or a non-party raise the relationship between Dr. Wolfe and Baker & Hostetler LLP. Nothing in this Stipulation shall be considered a waiver of Defendants' rights to object to Dr. Wolfe on other grounds.

  In addition, TVI and Dr. Wolfe reserve the right to enforce the STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION AND THE FUNAI DEFENDANTS CONCERNING DR. ANDREW WOLFE AND [PROPOSED] ORDER, which was separately filed with the Court.

  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 11/23/10 , 2010     /s/
                Honorable Jeremy Fogel
                United States District Judge

10-CV-00475-JF      2      STIPULATION CONCERNING ANDREW WOLFE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 22, 2010 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 3 | | |
| 4 | | By: /s/ Sang Young A. Brodie<br>        Sang Young A. Brodie |
| 5 | | Ronald J. Schutz<br>Email: rjschutz@rkmc.com |
| 6 | | Richard M. Martinez<br>Email: rmmartinez@rkmc.com |
| 7 | | Sang Young A. Brodie<br>Email: sybrodie@rkmc.com |
| 8 | | Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue, 2800 LaSalle Plaza |
| 9 | | Minneapolis, MN 55402 |
| 10 | | David Martinez<br>Email: dmartinez@rkmc.com |
| 11 | | Robins, Kaplan, Miller & Ciresi L.L.P.<br>2049 Century Park East, Suite 3400 |
| 12 | | Los Angeles, CA 90067-3208 |
| 13 | | Attorneys for Plaintiff<br>TV Interactive Data Corporation |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 22, 2010 | LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, L.L.P. |
| 3 | | |
| 4 | | By:  /s/ Gregory S. Gewirtz  <br>         Gregory S. Gewirtz |

Gregory S. Gewirtz
Email:  ggewirtz@ldlkm.com
Jonathan A. David
Email:  jdavid@ldlkm.com
Bryan J. Sommese
Email:  bsommese@ldlkm.com
Lerner, David, Littenberg,
 Krumholz & Mentlik, L.L.P.
600 South Avenue West
Westfield, NJ  07090

Duane M. Geck
Email:  dmg@severson.com
Philip Barilovits
Email:  pb@severson.com
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA  94111

Attorneys for Defendants
Sony Corporation; Sony Computer Entertainment Inc.;
Sony Computer Entertainment America LLC;
Sony Corporation of America; and
Sony Electronics Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 22, 2010 | HOWREY LLP |
| 3 | | By:   /s/ Jason T. Anderson |
| | | Jason T. Anderson |

Jason T. Anderson
Email:  andersonj@howrey.com
Christina Finn
Email:  finnc@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Alto, CA  94303

Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004
Alan Grimaldi
Email:  grimaldia@howrey.com
Brian Rosenthal
Email:  rosenthalb@howrey.com

Attorneys for Defendants Royal Philips Electronics N.V. and Philips Electronics North America Corporation

Dated: November 22, 2010         DLA PIPER LLP

By:   /s/ Ronald L. Yin
        Ronald L. Yin

Ronald L. Yin
Email:  ronald.yin@dlapiper.com
Mark D. Fowler
Email:  mark.fowler@dlapiper.com
Gerald T. Sekimura
Gerald.sekimura@dlapiper.com
Sal Lim
Email:  sal.lim@dlapiper.com
Erik R. Fuehrer
Email:  erik.fuehrer@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA  94303

Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc; and Toshiba America Consumer Products, L.L.C.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 22, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By:   /s/ William H. Wright<br>         William H. Wright |
| 5 | | Steven J. Routh<br>Email:  srouth@orrick.com |
| 6 | | Sten A. Jensen<br>Email:  sjensen@orrick.com |
| 7 | | Trevor C. Hill<br>Email:  thill@orrick.com |
| 8 | | T. Vann Pearce, Jr.<br>Email:  vpearce@orrick.com |
| 9 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | | 1152 15th Street, NW<br>Washington DC  20005 |
| 11 | | |
| 12 | | William H. Wright<br>Email:  wwright@orrick.com |
| 13 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200 |
| 14 | | Los Angeles, CA  90017 |
| 15 | | Attorneys for Defendants Victor Company of Japan, Ltd. and JVC Americas Corp. |
| 16 | | |
| 17 | Dated: November 22, 2010 | MORRISON & FORESTER LLP |
| 18 | | |
| 19 | | By:   /s/ Sherman W. Kahn<br>         Sherman W. Kahn |
| 20 | | Karen Hagberg<br>Email:  khagberg@mofo.com |
| 21 | | Sherman W. Kahn<br>Email:  skahn@mofo.com |
| 22 | | Hui Liu<br>Email:  Hliu@mofo.com |
| 23 | | MORRISON & FORESTER LLP<br>1290 Avenue of the Americas |
| 24 | | New York, NY  10104 |
| 25 | | Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 22, 2010 | BAKER & HOSTETLER LLP |
| 3 | | By:   /s/ Kevin W. Kirsch |
| | | Kevin W. Kirsch |

Kevin W. Kirsch
Email:  kkirsch@bakerlaw.com
David A. Mancino
Email:  dmancino@bakerlaw.com
John F. Bennett
Email:  Jbennett@bakerlaw.com
Matthew P. Hayden
Email:  mhayden@bakerlaw.com
Baker & Hostetler LLP
312 Walnut Street, Ste. 3200
Cincinnati, OH  45202

Hayes F. Michel
Email:  hmichel@bakerlaw.com
Baker & Hostetler, LLP
12100 Wilshire Boulevard
Los Angeles, CA  90025

Attorneys for Defendants Funai Electric Co. Ltd. and Funai Corporation, Inc.

Dated:  November 22, 2010     MORRISON & FOERSTER LLP

By:   /s/ Karl J. Kramer
Karl J. Kramer

Karl J. Kramer
Email:  kkramer@mofo.com
Rick S. Ballinger
Email:  rballinger@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304

Jack W. Londen
Email:  jlonden@mofo.com
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan

Attorneys for D&M Holdings Inc.; D&M Holdings US, Inc.; and Denon Electronics (USA), LLC

I, Kevin W. Kirsch, am the ECF user whose ID and password are being used to file this STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION AND DEFENDANTS CONCERNING DR. ANDREW WOLFE AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Sang Young A. Brodie, Gregory S. Gewirtz, Jason T. Anderson, Ronald L. Yin, William H. Wright, Sherman W. Kahn, and Karl J. Kramer have concurred in this filing.

Dated: November 22, 2010  /s/ Kevin W. Kirsch
Kevin W. Kirsch

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Baker & Hostetler LLP, whose address is 312 Walnut Street, Suite 3200, Cincinnati, Ohio 45202. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 22, 2010, I served the following:

**STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION AND DEFENDANTS CONCERNING DR. ANDREW WOLFE AND [PROPOSED] ORDER**

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through Baker & Hostetler LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

Alan Grimaldi
Email: GrimaldiA@howrey.com
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402

Sten Anker Jensen
Email: sjensen@orrick.com
Orrick Herrington & Sutcliffe LLP
1152 15th St. NW
Washington, DC 20005

Trevor J. Foster
Email: tjfoster@rkmc.com
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Steven J. Routh
Email: srouth@orrick.com
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

☐ **BY MAIL** by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Cincinnati, Ohio, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2010, 2010, in Cincinnati, Ohio.

/s/ John F. Bennett
John F. Bennett