\*\*E-filed on 1/12/11\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION, et al.,<br><br>　　　　　Defendants. | Case Number 5:10-CV-00475 JF<br><br>ORDER[1] GRANTING IN PART DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS |

Defendants move for administrative relief to file a claim construction brief exceeding twenty-five pages. Plaintiff opposes the motion and, in the alternative, asks for additional pages in its reply brief. The Court will allow both parties ten additional pages of briefing. Defendants may file a claim construction brief not to exceed thirty-five pages; Plaintiff may file a reply brief not to exceed twenty-five pages.

IT IS SO ORDERED.

DATED: January 12, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-CV-00475 JF
ORDER GRANTING IN PART DEFENDANTS MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS
(JFLC3)