\*\*E-Filed 2/1/11\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TV INTERACTIVE DATA CORP., | Case Number 5:10-cv-00475-JF/HRL |
| Plaintiff, | **ORDER[1] VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SONY CORP., et al., | |
| Defendants. | |

A claim construction hearing in this patent action is scheduled for February 22, 2011. Defendants have noticed a hearing on a motion for summary judgment motion for the same date. Defendants now request that the hearing on the motion for summary judgment be reset to March 4, 2011. In the interests of judicial economy, the Court will conduct the claim construction hearing prior to setting a new hearing date for the motion for summary judgment. The hearing on the motion is hereby vacated.

IT IS SO ORDERED.

DATED: 2/1/2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.