Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
Trevor J. Foster (*Pro Hac Vice*), TJFoster@rkmc.com
Victor C. Chan (*Pro Hac Vice*), VCChan@rkmc.com
Christine S. Yun Sauer (*Pro Hac Vice*), CSYunSauer@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>                   Defendants. | Case No.  C 10-00475 JF<br><br>**[PROPOSED]** SEALING ORDER |

1  This matter comes before the Court on Defendants' Administrative Motion for
2  Order to File Under Seal and Declaration of Christine S. Yun Sauer Establishing
3  Certain Designated Information As Sealable. Defendants' motion is hereby
4  GRANTED in part and DENIED in part.

5  Accordingly, it is ORDERED that the following document be placed under
6  seal:  Exhibit G to the Declaration of Christina M. Finn In Support of Defendants'
7  Claim Construction Brief.

8  The (1) Defendants' Claim Construction Brief (Dkt. #256), (2) Exhibit E to the
9  Declaration of Christina M. Finn In Support of Defendants' Claim Construction Brief,
10 and (3) Exhibit M to the Declaration of Christina M. Finn In Support of Defendants'
11 Claim Construction Brief are hereby made part of the public record.

12 IT IS SO ORDERED.
13 Dated: 1/31/11                          _____
14                                          Honorable Jeremy Fogel
                                            U.S. District Court Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California  90067-3208.

On January 25, 2011, I served the foregoing document described as **[PROPOSED] SEALING ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Sten A. Jensen, Esq. <br> Steven J. Routh, Esq. <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 1152 15th Street, N.W. <br> Washington, DC  20005-1706 | Alan Grimaldi, Esq. <br> HOWREY LLP <br> 1299 Pennsylvania Ave., NW <br> Washington, DC  20004-2402 |
| Fahd K. Majiduddin <br> LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, LLP <br> 600 S. Avenue West <br> Westfield, NJ  07090 | Steven Yovits, Esq. <br> HOWREY LLP <br> 321 N. Clark Street, Suite 3400 <br> Chicago, IL  60654 |

**[X]**   **BY MAIL:**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[]**   **BY FEDERAL EXPRESS - OVERNIGHT:**  I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

**[]**   **BY ELECTRONIC MEANS:**  I served a true copy of the document(s) described on all parties to this action by electronic means.

**[X]**   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on January 25, 2011 at Los Angeles, California.

/s/ Lilia Duarte

81351333.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE