# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No. C 10-00475 JF<br><br>[~~AMENDED STIPULATION AND PROPOSED~~] ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN<br><br>DEPONENT:<br>　　SONY CORPORATION;<br>　　SONY COMPUTER<br>　　ENTERTAINMENT INC. |

82180862.1                                        1

# JOINT STIPULATION

Beginning June 15, 2011, TV Interactive Data Corp. ("TVI") will begin depositions of certain witnesses from Sony Corporation and Sony Computer Entertainment Inc. ("Sony") at the U.S. Embassy in Tokyo. The Stipulation and Proposed Order/Commission For Depositions To Be Taken In Japan filed on May 11, 2011 inadvertently stated that the depositions will occur in Osaka instead of Tokyo. Sony and TVI hereby submit and jointly stipulate to the following Amended Proposed Order/Commission for Depositions to be Taken in Japan.

**FOR PLAINTIFF TV INTERACTIVE DATA CORP.**

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: /s/Trevor J. Foster
Trevor J. Foster (pro hac vice)
E-mail: tjfoster@rkmc.com
Richard M. Martinez (pro hac vice)
E-mail: rmmartinez@rkmc.com
Sang Young Adam Brodie (pro hac vice)
E-mail: sybrodie@rkmc.com
Dated: May 12, 2011


**FOR DEFENDANTS SONY CORPORATION AND SONY COMPUTER ENTERTAINMENT INC.:**

LERNER, DAVID, LITTENBERG KRUMHOLZ & MENTLIK, LLP

By: /s/Fahd K. Majiduddin
Fahd K. Majiduddin
fmajiduddin@ldlkm.com
Gregory S. Gewirtz
E-mail: ggewirtz@ldlkm.com
Jonathan A. David
E-mail: jdavid@ldlkm.com
Bryan J. Sommese
E-mail: bsommese@ldlkm.com
Dated: May 12, 2011

~~[PROPOSED]~~ **ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT TOKYO, JAPAN

Upon the application of Complainant TV Interactive Data Corporation ("TVI"), in *TVI Data Corp. v. Sony Corp., et al.*, Inv. No. 10-00475, before the U.S. District Court for the Northern District of California, and pursuant to Article 17 of the United States – Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following volunteering witnesses be taken at the U.S. Embassy in Tokyo, Japan commencing on or about June 15, 2011, at 8:30 a.m. and terminating on or about June 30, 2011 at 4:00 p.m., and that any documentary exhibits in connection therewith be marked:

**Sony Corporation**
1-7-1 Konan, Minato-ku
Tokyo 108-0075, Japan

Koichi Nakamura
Yoshihiro Horibata
Takashi Tajiri
Mitsuhiko Awata
Maokoto Nakazawa
Akira Minegishi
Mitsuru Ito
Tsuguhiro Mukai
Yuichi Yazawa
Shin Ina

**Sony Computer Entertainment, Inc.**
1-7-1 Konan, Minato-ku
Tokyo 108-0075, Japan

Takuro Kitayama
Tsutomu Inui
Takeshi Hashimoto
Tomonori Shimomura
Hideyuki Agata
Toru Akazawa

1
2
3    Counsel for Defendants Sony Corporation and Sony Computer Entertainment, Inc. who
4  will participate in said depositions are Gregory S. Gewirtz, Jonathan A. David, Orville R.
5  Cockings, Fahd K. Majiduddin, Claus Melarti, and Michael Edelman.
6    Members of Sony Corporation's Intellectual Property Division that may attend the
7  depositions include Minoru Tanaka, Shizuka Sayama, Risa Endo, Miyano Yamauchi, Hiroaki
8  Honda, Kazuhide Kenmochi, Yusuke Shimizu, Naoko Ishizuka, and Shiho Igarashi.  Members of
9  Sony Computer Entertainment, Inc.'s Legal Department and Intellectual Property Division that
10 may attend the depositions include Masaki Kasahara, Hiroshi Morita, Hiroyuki Hanaya,
11 Tomonori Okuwaki, Tomoe Ban, Yoko Iguchi, and Toshiya Suzuki.
12    Two potential check interpreters that may be attending the depositions include Ai Miyake
13 and Toyu Yazaki.
14    Counsel for TVI who will participate in said depositions are Richard M. Martinez and
15 Trevor J. Foster.  In addition, James Tornes and Andrew Wolfe may attend on behalf of TVI.
16    Jared Taylor will act as interpreter.
17    The proceedings will be recorded by Stirewalt & Associates, court reporter and
18 videographers.  Please cause the testimony of said witnesses to be recorded by video and reduced
19 to writing; the depositions to be signed by said witnesses; said deposition testimony to be
20 annexed to your Commission and closed under your seal; and the return of these materials to this
21 Court with all convenient speed.
22
23
24
25
26
27
28

82180862.1                                    4

1  WITNESS, the Honorable Jeremy Fogel, United States Judge of the United States District Court,
2  Northern District of California, this __16th__ day of __May__ 2011.

```
                                    _____
                                    Honorable Jeremy Fogel
                                    United States Judge
                                    United States District Court
                                    Northern District of California
                                    San Jose Courthouse, Courtroom 3 – 5th Floor
                                    280 South 1st Street
                                    San Jose, CA 95113
```

8  I hereby certify that the signature above is that of the Honorable Jeremy Fogel, United States
9  Judge of the United States District Court, Northern District of California.
10  _____ Clerk of the Court
11  By: _____
12  Deputy Clerk: _____
13  Seal:

82180862.1                                    5