**\*\* E-filed May 18, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP., | No. C10-00475 JF (HRL) |
| Plaintiff, | **ORDER RE: TVI's MOTION TO CHANGE TIME FOR HEARING ON MOTION TO COMPEL SONY TO MAKE SOURCE CODE AVAILABLE FOR DEPOSITION** |
| v. | |
| SONY CORP., et al., | |
| Defendants. | **[Re: Docket No. 288]** |

On May 10, 2011, plaintiff TV Interactive Data Corporation ("TVI") filed a motion to compel defendant Sony Corporation ("Sony") to make an electronic version of certain of Sony's source code available during TVI's depositions of Sony's technical witnesses that are scheduled to take place starting on June 15, 2011. Docket No. 285. TVI also filed an administrative motion to shorten the briefing schedule and hearing date for its motion to compel. Docket No. 288. The parties stipulated to a shortened briefing schedule whereby Sony's opposition to TVI's motion to compel would be due by May 20, 2011 and TVI's reply brief would be due by May 24, 2011. Docket No. 297. They also stipulated to a hearing date of June 7, 2011. Id.

Rather than proceeding with the parties' stipulated briefing schedule and hearing date, the Court instructs the parties as follows:

1. No later than May 26, 2011, lead counsel for TVI and lead counsel for Sony (as well as any other person whose presence is necessary to resolve the dispute) shall meet and

confer <u>in person</u> regarding the subject-matter of TVI's motion to compel in an effort to resolve the matter. If the parties cannot agree on a location for the meet-and-confer session, it shall be conducted approximately halfway between their lead counsels' respective offices.

2. Within three calendar days of the meet-and-confer session, TVI and Sony shall file a detailed Joint Letter to the Court, not to exceed ten (10) pages. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

3. Upon receipt of the Joint Letter, the Court will determine whether any future proceedings are necessary.

TVI's noticed hearing date of June 14, 2011 for the motion to compel is VACATED.

**IT IS SO ORDERED.**

Dated: May 18, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C10-00475 JF (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Andrew J. Pieper | ajpieper@rkmc.com |
| Brian A. Rosenthal | RosenthalB@howrey.com |
| Bryan Joseph Sommese | bsommese@ldlkm.com |
| Carrie Lynne Williamson | carrie.williamson@dlapiper.com, christine.kunis@dlapiper.com |
| Christina Marie Finn | innc@howrey.com, guthartg@howrey.com, yovitss@howrey.com |
| Christine S. Yun Sauer | csyunsauer@rkmc.com |
| David Martinez | dmartinez@rkmc.com, Lduarte@rkmc.com, mmtacheny@rkmc.com, sgreen@rkmc.com |
| David A. Mancino | dmancino@bakerlaw.com |
| Eric Evans | eevans@mayerbrown.com, cpohorski@mayerbrown.com |
| Erik Fuehrer | erik.fuehrer@dlapiper.com, christine.kunis@dlapiper.com |
| Fahd K. Majiduddin | fmajiduddin@ldlkm.com |
| Gregory S Gewirtz | ggewirtz@ldlkm.com, litigation@ldlkm.com, uwojtkowski@ldlkm.com |
| Hayes F. Michel, Esq | hmichel@bakerlaw.com, ssuzuki@bakerlaw.com |
| Hui Liu | hliu@mofo.com |
| Jack Williford Londen | JLonden@mofo.com, cbuenaventura@mofo.com |
| John Francis Bennett | jbennett@bakerlaw.com |
| Jonathan A. David | jdavid@ldlkm.com |
| Karen L. Hagberg | khagberg@mofo.com, ckirigakubo@mofo.com, docketny@mofo.com, vcracco@mofo.com |
| Karl J. Kramer | kkramer@mofo.com, sdevol@mofo.com |
| Kevin W. Kirsch | kkirsch@bakerlaw.com, cfetters@bakerlaw.com, jsavage@bakerlaw.com |
| Mark Fowler | mark.fowler@dlapiper.com, zoya.khodosh@dlapiper.com |
| Matthew P. Hayden | mhayden@bakerlaw.com |
| Philip Barilovits | pb@severson.com, klm@severson.com, lkh@severson.com |
| Richard M. Martinez | rmmartinez@rkmc.com, csgarrod@rkmc.com, mmtacheny@rkmc.com |
| Ronald J. Schutz | rjschutz@rkmc.com, lvlind@rkmc.com |
| Ronald Loh-Hwa Yin | ronald.yin@dlapiper.com |
| Sang Young Adam Brodie | sybrodie@rkmc.com |
| Sherman W. Kahn | skahn@mofo.com, vcracco@mofo.com |
| T. Vann Pearce, Jr | vpearce@orrick.com, thgeorge@orrick.com |
| Trevor C. Hill | thill@orrick.com |
| Trevor J. Foster | tjfoster@rkmc.com |
| Victor C. Chan | vcchan@rkmc.com, bsbrtek@rkmc.com |
| William Harrison Wright, III | wwright@orrick.com, alchou@orrick.com, amaruska@orrick.com, jcolvin@orrick.com, tgrosko@orrick.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**