Duane M. Geck (State Bar No. 114823)
dmg@severson.com
Philip Barilovits (State Bar No. 199944)
pb@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Tel:    415.398.3344
Fax:    415.956.0439

Gregory S. Gewirtz (*Pro Hac Vice*)
ggewirtz@ldlkm.com
Jonathan A. David (*Pro Hac Vice*)
jdavid@ldlkm.com
Fahd K. Majiduddin (*Pro Hac Vice*)
fmajiduddin@ldlkm.com
**LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP**
600 South Avenue West
Westfield, NJ 07090
Tel:    908.654.5000
Fax:    908.654.7866

Attorneys for Defendants
Sony Corporation, Sony Computer Entertainment Inc.
Sony Computer Entertainment America LLC,
Sony Corporation of America, and Sony Electronics Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>SONY CORPORATION, et al.,<br><br>             Defendants. | Case No. 5:10-CV-00475-JF<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO RELIEVE BRYAN J. SOMMESE AS COUNSEL OF RECORD FOR DEFENDANTS SONY CORPORATION, SONY COMPUTER ENTERTAINMENT INC. SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY CORPORATION OF AMERICA, AND SONY ELECTRONICS INC. |

Case 3:10-cv-00475-JCS   Document 302   Filed 06/15/11   Page 2 of 2

Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS defendants Sony Corporation's, Sony Computer Entertainment Inc.'s, Sony Computer Entertainment America LLC's, Sony Corporation of America's, and Sony Electronics Inc.'s (collectively "Sony") motion to relieve Bryan J. Sommese as counsel of record. Mr. Sommese is removed form the parties' and the Court's list of counsel in this action.

Sony's counsel of record otherwise remains unchanged.

**SO ORDERED:**

Dated: 6/8/11

Jeremy Fogel
United States District Judge

[Proposed] Order re Change of Counsel
Case No. 5:10-cv-00475-JF