Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No. C 10-00475 JF<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS D&M HOLDINGS INC., D&M HOLDINGS US, INC., AND DENON ELECTRONICS (USA), LLC AND [PROPOSED] ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Defendants D&M Holdings Inc., D&M Holdings US, Inc., and Denon Electronics (USA), LLC (together "the D&M Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 2, 2010, TVI filed this action in the United States District Court for the Northern District of California asserting claims for patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. On May 3, 2010, the D&M Defendants filed their Answer and Counterclaims.

3. TVI and the D&M Defendants have now reached an agreement to settle their differences relating to the above-captioned action.

4. All claims TVI asserted against the D&M Defendants in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than the D&M Defendants. TVI is dismissing only its claims against the D&M Defendants, and expressly maintains all of TVI's claims for relief against all other parties to this action.

5. All counterclaims the D&M Defendants asserted against TVI in the above-captioned action are hereby dismissed with prejudice.

6. TVI and the D&M Defendants each shall bear their own costs and attorneys' fees in connection with the action.

7. The Court shall reserve jurisdiction over this matter with respect to TVI and the D&M Defendants to oversee and enforce the agreement between TVI and the D&M Defendants.

///
///
///

I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of this document has been obtained from Karl J. Kramer.

| | |
|---|---|
| Ronald J. Schutz<br>Richard M. Martinez<br>Sang Young Brodie<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br><br>David Martinez<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br><br>By: / s/ Sang Young A. Brodie_____<br><br>*Attorneys for Plaintiff TV Interactive Data Corporation* | KARL J. KRAMER (CA SBN 136433)<br>KKramer@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>JACK W. LONDEN (CA SBN 85776)<br>JLonden@mofo.com<br>MORRISON & FOERSTER LLP<br>Shin-Marunouchi Building, 29th Floor<br>5-1, Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>Telephone: +81 3 3214 6522<br>Facsimile: +81 3 3214 6512<br><br>By: /s/ Karl J. Kramer_____<br><br>*Attorneys for Defendants D&M Holdings Inc., D&M Holdings US, Inc., and Denon Electronics (USA), LLC* |

///

///

///

1  PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST THE
2  D&M DEFENDANTS AND ALL COUNTERCLAIMS THE D&M DEFENDANTS
3  ASSERTED AGAINST TVI IN THE ABOVE-CAPTIONED ACTION ARE HEREBY
4  DISMISSED WITH PREJUDICE.
5  IT IS SO ORDERED.

DATED: 7/19/11

_____
Honorable Jeremy Fogel
United States District Judge

# PROOF OF SERVICE

STATE OF MINNESOTA    )
                      ) ss.
COUNTY OF HENNEPIN    )

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is 800 LaSalle Avenue 2800 LaSalle Plaza, Minneapolis Minnesota 55402.

On July 15, 2011 I served the foregoing document described as **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS D&M HOLDINGS INC., D&M HOLDINGS US, INC., AND DENON ELECTRONICS (USA), LLC AND [PROPOSED] ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[ ] **BY MAIL:** I caused such envelope to be deposited in the mail at Minneapolis, Minnesota. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X] **BY E-MAIL:** I served a true copy of the document(s) on all parties to this action via e-mail transmission. E-mail transmissions were sent and addressed as stated above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 15, 2011 at Minneapolis, Minnesota.

*Michele M. Tacheny*
Michele M. Tacheny

81152554.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE

# SERVICE LIST

TV Interactive Data Corporation v. Sony, et al.
U.S.D.C. Northern District of California Case No. 10-CV-00475 EMC

Karl J. Kramer *(registered ECF user)*
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
E-mail: kkramer@mofo.com
E-mail: rballinger@mofo.com

Jack W. Londen *(registered ECF user)*
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
E-mail: jlonden@mofo.com

*D&M Holdings Inc.*

Kevin W. Kirsch *(registered ECF user)*
John F. Bennett *(registered ECF user)*
Matthew P. Hayden *(registered ECF user)*
David A. Mancino *(registered ECF user)*
Baker & Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH 45202
E-mail: kkirsch@bakerlaw.com
E-mail: jbennett@bakerlaw.com
E-mail: mhayden@bakerlaw.com
E-mail: dmancino@bakerlaw.com

Hayes F. Michel *(registered ECF user)*
Baker & Hostetler LLP
12100 Wilshire Blvd.
Los Angeles, CA 90025
E-mail: hmichel@bakerlaw.com

*Funai Electric Co. Ltd.; and*
*Funai Corporation, Inc.*

Karl J. Kramer *(registered ECF user)*
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
E-mail: kkramer@mofo.com
E-mail: rballinger@mofo.com

Jack W. Londen *(registered ECF user)*
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan
E-mail: jlonden@mofo.com

*D&M Holdings US Inc.; and*
*Denon Electronics (USA), LLC*

Alan Grimaldi
Brian Rosenthal *(registered ECF user)*
Robert E. McBride
Mayer Brown LLP
1999 K St. NW
Washington, DC 20006-1101
E-mail: agrimaldi@mayerbrown.com
E-mail: brosenthal@mayerbrown.com
E-mail: rmcbride@mayerbrown.com

Steven Yovits
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
E-mail: syovits@mayerbrown.com

Eric Evans
Mayer Brown LLP
Two Palo Alto Square
3000 El Camino Real/Suite 300
Palo Alto, CA 94306-2112
E-mail: eevans@mayerbrown.com

*Philips Electronic North America*
*Corporation; and*
*Royal Philips Electronics N.V.*

81152554.1
- 2 -

PROOF OF SERVICE

| | |
|---|---|
| Karen I. Hagberg *(registered ECF user)* | Ronald L. Yin *(registered ECF user)* |
| Sherman W. Kahn *(registered ECF user)* | Mark D. Fowler *(registered ECF user)* |
| Hui Liu *(registered ECF user)* | Gerald T. Sekimura |
| Morrison & Foerster LLP | Erik R. Fuehrer *(registered ECF user)* |
| 1290 Avenue of the Americas | DLA Piper LLP |
| New York, NY 10104 | 2000 University Ave. |
| E-mail: khagberg@mofo.com | East Palo Alto, CA 94303 |
| E-mail: skahn@mofo.com | E-mail: Toshiba-TVInteractive@dlapiper.com |
| E-mail: hliu@mofo.com | |
| | |
| Bryan Wilson | *Toshiba Corporation;* |
| Morrison & Foerster LLP | *Toshiba America, Inc.; and* |
| 755 Page Mill Road | *Toshiba America Consumer Products, LLC* |
| Palo Alto, CA 94304 | |
| E-mail: BWilson@mofo.com | Steven J. Routh |
| | T. Vann Pearce *(registered ECF user)* |
| *Sharp Corporation; and* | Sten A. Jensen |
| *Sharp Electronics Corporation* | Trevor C. Hill *(registered ECF user)* |
| | Orrick Herrington & Sutcliffe LLP |
| Gregory G. Gewirtz *(registered ECF user)* | 1152 15th St. NW |
| Jonathan A. David *(registered ECF user)* | Columbia Center |
| Fahd K. Majiduddin | Washington, DC 20005 |
| Lerner David Littenberg Krumholz & Mentlik | E-mail: srouth@orrick.com |
| | E-mail: vpearce@orrick.com |
| 600 South Ave. West | E-mail: sjensen@orrick.com |
| Westfield, NJ 07090 | E-mail: thill@orrick.com |
| E-mail: ggewirtz@ldlkm.com | |
| E-mail: jdavid@ldlkm.com | William H. Wright *(registered ECF user)* |
| E-mail: fmajiduddin@ldlkm.com | Orrick Herrington & Sutcliffe LLP |
| | 777 S. Figueroa St. |
| Duane M. Geck | Suite 3200 |
| Philip Barilovits | Los Angeles, CA 90017 |
| Severson & Werson | E-mail: wwright@orrick.com |
| One Embarcadero Center | |
| Suite 2600 | *Victor Company of Japan, Ltd; and* |
| San Francisco, CA 94111 | *JVC Americas Corp.* |
| E-mail: dmg@severson.com | |
| E-mail: pb@severson.com | |
| | |
| *Sony Corporation;* | |
| *Sony Computer Entertainment Inc.;* | |
| *Sony Computer Entertainment America, Inc.,* | |
| *Sony Corporation of America; and* | |
| *Sony Electronics, Inc.* | |