Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David  Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No.  C 10-00475 JF<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION AND [PROPOSED] ORDER** |

Case No.  C 10-00475 JF
82356780.1

STIPULATION OF DISMISSAL OF CLAIMS
WITH PREJUDICE BETWEEN PLAINTIFF AND
SHARP AND [PROPOSED] ORDER

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Civ. L.R. 7-12 and the
2 agreement of the parties, TV Interactive Data Corporation ("TVI") and Defendants Sharp
3 Corporation and Sharp Electronics Corporation (collectively with Sharp Corporation, "Sharp"),
4 by and through their respective counsel of record, hereby stipulate and agree as follows:
5    1.   On February 2, 2010, TVI filed this action in the United States District Court for
6 the Northern District of California asserting claims for patent infringement under U.S. Patent
7 Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.
8    2.   On May 3, 2010, Sharp filed its Answer and Counterclaims.
9    3.   TVI and Sharp have now reached an agreement to settle their differences relating
10 to the above-captioned action.
11    4.   All claims TVI asserted against Sharp in the above-captioned action are hereby
12 dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's
13 claims and rights against any party other than Sharp. TVI is dismissing only its claims against
14 Sharp, and expressly maintains all of TVI's claims for relief against all other parties to this action.
15    5.   All counterclaims Sharp asserted against TVI in the above-captioned action are
16 hereby dismissed with prejudice.
17    6.   TVI and Sharp each shall bear their own costs and attorneys' fees in connection
18 with the action.
19    7.   TVI and Sharp request that the Court reserve jurisdiction over this matter to
20 oversee and enforce the agreement between TVI and Sharp.
21 / / /
22 / / /
23 / / /

Case No. C 10-00475 JF
82356780.1
- 1 -
STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SHARP AND [PROPOSED] ORDER

I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of this document has been obtained from Sherman W. Kahn.

DATED: July 18, 2011   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Sang Young A. Brodie
Ronald J. Schutz (*Pro Hac Vice*)
Richard M. Martinez (*Pro Hac Vice*)
Sang Young A. Brodie (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181

David  Martinez, (CA Bar No. 193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

**ATTORNEYS FOR PLAINTIFF
TV INTERACTIVE DATA CORPORATION**

DATED: July 18, 2011   **MORRISON & FOERSTER LLP**

By:  /s/ Sherman W. Kahn
Karen L. Hagberg (*Pro Hac Vice*)
KHagberg@mofo.com
Sherman W. Kahn (CA SBN 168924)
SKahn@mofo.com
Hui Liu (*Pro Hac Vice*)
HLiu@mofo.com
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY  10104
Telephone: 212-468-8000
Facsimile: 212-468-7900

Bryan Wilson (CA SBN 138842)
BWilson@mofo.com
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
New York, NY  10104
Telephone: 650-813-5600
Facsimile: 650-494-0792

**ATTORNEYS FOR DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION**

Case No.  C 10-00475 JF
82356780.1

- 2 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND SHARP AND [PROPOSED] ORDER

**PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST SHARP AND ALL COUNTERCLAIMS SHARP ASSERTED AGAINST TVI IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: 7/19/11

_____
Honorable Jeremy Fogel
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

      On July 18, 2011 I served the foregoing document described as **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION AND [PROPOSED] ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[ ]   **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]   **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]   **BY E-MAIL:** I served a true copy of the document(s) on all parties to this action via e-mail transmission. E-mail transmissions were sent and addressed as stated above.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 18, 2011 at Los Angeles, California.

_____
Lilia Duarte

81152554.1

**SERVICE LIST**

<u>TV Interactive Data Corporation v. Sony, et al.</u>
U.S.D.C. Northern District of California Case No. 10-CV-00475 EMC

| | |
|---|---|
| Karl J. Kramer *(registered ECF user)*<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail:  kkramer@mofo.com<br>E-mail:  rballinger@mofo.com | Karl J. Kramer *(registered ECF user)*<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>E-mail:  kkramer@mofo.com<br>E-mail:  rballinger@mofo.com |
| Jack W. Londen *(registered ECF user)*<br>Morrison & Foerster LLP<br>Shin-Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>E-mail:  jlonden@mofo.com | Jack W. Londen *(registered ECF user)*<br>Morrison & Foerster LLP<br>Shin-Marunouchi 1-Chome<br>Tokyo, Chiyoda-ku 100-6529, Japan<br>E-mail: jlonden@mofo.com |
| *D&M Holdings Inc.* | *D&M Holdings US Inc.; and*<br>*Denon Electronics (USA), LLC* |
| Kevin W. Kirsch *(registered ECF user)*<br>John F. Bennett *(registered ECF user)*<br>Matthew P. Hayden *(registered ECF user)*<br>David A. Mancino *(registered ECF user)*<br>Baker & Hostetler LLP<br>312 Walnut Street<br>Suite 3200<br>Cincinnati, OH  45202<br>E-mail:  kkirsch@bakerlaw.com<br>E-mail:  jbennett@bakerlaw.com<br>E-mail:  mhayden@bakerlaw.com<br>E-mail:  dmancino@bakerlaw.com | Alan Grimaldi *(registered ECF user)*<br>Brian Rosenthal *(registered ECF user)*<br>Robert E. McBride<br>Mayer Brown LLP<br>1999 K St. NW<br>Washington, DC  20006-1101<br>E-mail:  agrimaldi@mayerbrown.com<br>E-mail:  brosenthal@mayerbrown.com<br>E-mail:  rmcbride@mayerbrown.com<br><br>Steven Yovits *(registered ECF user)*<br>Mayer Brown LLP<br>71 S Wacker Drive<br>Chicago, IL  60606<br>E-mail:  syovits@mayerbrown.com |
| Hayes F. Michel *(registered ECF user)*<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd.<br>Los Angeles, CA  90025<br>E-mail:  hmichel@bakerlaw.com | |
| *Funai Electric Co. Ltd.; and*<br>*Funai Corporation, Inc.* | Eric Evans *(registered ECF user)*<br>Mayer Brown LLP<br>Two Palo Alto Square<br>3000 El Camino Real/Suite 300<br>Palo Alto, CA  94306-2112<br>E-mail:  eevans@mayerbrown.com<br><br>*Philips Electronic North America*<br>*Corporation; and*<br>*Royal Philips Electronics N.V.* |

| | |
|---|---|
| Karen I. Hagberg *(registered ECF user)* | Ronald L. Yin *(registered ECF user)* |
| Sherman W. Kahn *(registered ECF user)* | Mark D. Fowler *(registered ECF user)* |
| Hui Liu *(registered ECF user)* | Gerald T. Sekimura |
| Morrison & Foerster LLP | Erik R. Fuehrer *(registered ECF user)* |
| 1290 Avenue of the Americas | DLA Piper LLP |
| New York, NY 10104 | 2000 University Ave. |
| E-mail: khagberg@mofo.com | East Palo Alto, CA 94303 |
| E-mail: skahn@mofo.com | E-mail: Toshiba-TVInteractive@dlapiper.com |
| E-mail: hliu@mofo.com | |
| | |
| Bryan Wilson | *Toshiba Corporation;* |
| Morrison & Foerster LLP | *Toshiba America, Inc.; and* |
| 755 Page Mill Road | *Toshiba America Consumer Products, LLC* |
| Palo Alto, CA 94304 | |
| E-mail: BWilson@mofo.com | Steven J. Routh |
| | T. Vann Pearce *(registered ECF user)* |
| *Sharp Corporation; and* | Sten A. Jensen |
| *Sharp Electronics Corporation* | Trevor C. Hill *(registered ECF user)* |
| | Orrick Herrington & Sutcliffe LLP |
| Gregory G. Gewirtz *(registered ECF user)* | 1152 15th St. NW |
| Jonathan A. David *(registered ECF user)* | Columbia Center |
| Fahd K. Majiduddin *(registered ECF user)* | Washington, DC 20005 |
| Lerner David Littenberg Krumholz | E-mail: srouth@orrick.com |
| & Mentlik | E-mail: vpearce@orrick.com |
| 600 South Ave. West | E-mail: sjensen@orrick.com |
| Westfield, NJ 07090 | E-mail: thill@orrick.com |
| E-mail: ggewirtz@ldlkm.com | |
| E-mail: jdavid@ldlkm.com | William H. Wright *(registered ECF user)* |
| E-mail: fmajiduddin@ldlkm.com | Orrick Herrington & Sutcliffe LLP |
| | 777 S. Figueroa St. |
| Duane M. Geck | Suite 3200 |
| Philip Barilovits *(registered ECF user)* | Los Angeles, CA 90017 |
| Severson & Werson | E-mail: wwright@orrick.com |
| One Embarcadero Center | |
| Suite 2600 | *Victor Company of Japan, Ltd; and* |
| San Francisco, CA 94111 | *JVC Americas Corp.* |
| E-mail: dmg@severson.com | |
| E-mail: pb@severson.com | |
| | |
| *Sony Corporation;* | |
| *Sony Computer Entertainment Inc.;* | |
| *Sony Computer Entertainment America, Inc.,* | |
| *Sony Corporation of America; and* | |
| *Sony Electronics, Inc.* | |