\*\*E-Filed 8/11/2011\*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, *et al.*,<br><br>Defendants. | Case No. 5:10-CV-00475-JF<br><br>~~[PROPOSED]~~ **ORDER RE SONY'S MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

This matter comes before the Court on Sony's Motion for Administrative Relief to Reschedule the Case Management Conference ("Motion"). Having read and considered all papers filed in support of and in opposition to Sony's Motion, IT IS ORDERED THAT the Case Management Conference will be scheduled for __September 9, 2011, at 10:30 am.__ ~~, 2011.~~

DATED: ___8/11/2011_____          _____
                                              Honorable Jeremy Fogel
                                              United States District Judge