** E-filed August 31, 2011 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No.  C 10-00475 JF-HL<br><br>**STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**<br><br>**DEPONENT:**<br>    **FUNAI ELECTRIC CO., LTD. AND INDIVIDUALS** |

Case No. C 10-00475 JF (HRL)   1   ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN
82459489.1

# JOINT STIPULATION

Beginning on or about October 17, 2011, TV Interactive Data Corp. ("TVI") will begin depositions of certain witnesses from Funai Electric Co. Ltd. ("Funai") at the U.S. Consulate in Osaka-Kobe. TVI and Funai hereby submit and jointly stipulate to the following Proposed Order/Commission for Depositions to be Taken in Japan.

**FOR PLAINTIFF TV INTERACTIVE DATA CORP.**

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By:/s/ Sang Young A. Brodie
Sang Young A. Brodie (pro hac vice)
E-mail: sybrodie@rkmc.com
Richard M. Martinez (pro hac vice)
E-mail: rmmartinez@rkmc.com
Trevor J. Foster (pro hac vice)
E-mail: tjfoster@rkmc.com
Victor C. Chan (pro hac vice)
E-mail: vcchan@rkmc.com

Dated: August 31, 2011


**FOR DEFENDANT FUNAI ELECTRIC CO., LTD. AND INDIVIDUAL DEPONENTS:**

BAKER & HOSTETLER, LLP

By: /s/Kevin W. Kirsch
Kevin W. Kirsch
E-mail: kkirsch@bakerlaw.com
David A. Mancino
E-mail: dmancino@bakerlaw.com
John F. Bennett
E-mail: jbennett@bakerlaw.com

Dated: August 31, 2011

/ / /

/ / /

1  I, Sang Young A. Brodie, am the ECF user whose User ID and Password are being
2  utilized in the electronic filing of the STIPULATION AND [PROPOSED]
3  ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN. Pursuant to the
4  Northern District of California's General Order 45(X)(B), I attest that concurrence in the filing
5  has been obtained from Kevin W. Kirsch.

6  Dated: August 31, 2011                     /s/ Sang Young A. Brodie
                                              Sang Young A. Brodie
7
   / / /
8
   / / /
9
   / / /
10

1  ~~[PROPOSED]~~ **ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

2  TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA

3  AT OSAKA-KOBE, JAPAN

4  Upon the application of Complainant TV Interactive Data Corporation ("TVI"), in *TVI Data Corp. v. Sony Corp., et al.*, Inv. No. 10-00475, before the U.S. District Court for the Northern District of California, and pursuant to Article 17 of the United States – Japan Consular Convention,

8  **IT IS ORDERED THAT** the depositions on notice of the following witnesses may be taken at the U.S. Consulate in Osaka-Kobe, Japan, on one or more dates during the period from on or about October 17, 2011, at 8:30 a.m. to on or about November 10, 2011 at 4:00 p.m. as follows, and that any documentary exhibits in connection therewith be marked:

12  **1.   Fed. R. Civ. P., Rule 30(B)(6) deposition of Funai Electric Co., Ltd.**

**Funai Electric Co., Ltd.**
7-7-1 Nakagaito, Daito City
Osaka 574-0013, Japan

Potential witnesses for the Fed. R. Civ. P., Rule 30(B)(6) deposition of Funai Electric Co. include, at the discretion of Funai Electric Co., any combination of one or more of the following:

Goro Seki                          Tadashi Shimoguchi
Kazuyuki Fujiwara                  Tsuyoshi Kamitani
Yoshikazu Fujita                   Hideo Saito
Makato Takemoto                    Hiroki Nakamura
Shigeru Yokota                     Jun Tateishi
Yoichi Kanazawa                    Mr. Onishi
Kozo Wada

**2.   Fed. R. Civ. P., Rule 30(B)(1) depositions of individuals**

Potential witnesses for depositions under Fed. R. Civ. P., Rule 30(B)(1) include:

/ / /

/ / /

/ / /

Case No. C 10-00475 JF (HRL)                    4                    ORDER/COMMISSION FOR
82459489.1                                                           DEPOSITIONS TO BE TAKEN IN JAPAN

| | |
|---|---|
| Goro Seki | Kozo Wada |
| Kazuyuki Fujiwara | Tadashi Shimoguchi |
| Yoshikazu Fujita | Tsuyoshi Kamitani |
| Shinji Seki | Hideo Saito |
| Makato Takemoto | Hiroki Nakamura |
| Shigeru Yokota | Jun Tateishi |
| Yoichi Kanazawa | Mr. Onishi |

Counsel for Defendant Funai Electric Co. who will participate in said depositions are Kevin W. Kirsch, David A. Mancino, and John F. Bennett. In addition, William Mangioni-Smith may attend on behalf of Funai Electric Co.

Members of Funai Electric Co's Intellectual Property Group that may attend the depositions include Hisao Tatsumi, Goro Seki, Hiroki Nakamura and Takafumi Ishii.

Check interpreters that may be attending the depositions include:

Yoshiyuki Onishi
Christopher Field
Asami Isomichi
Mia Matsumura
Junko Sumida
Toyu Yazaki
Ellen Shang Travis

Counsel for TVI who will participate in said depositions are Richard M. Martinez, Sang Young A. Brodie, Trevor J. Foster, and Victor C. Chan. In addition, James Tornes and Andrew Wolfe may attend on behalf of TVI.

Jared Taylor will act as interpreter.

The proceedings will be recorded by Christopher Sheppard Hanlon, Lee Anthony Bowry, Peter Wai Kwong Au, Jeffrey Marc Menton, Randell Buckler, Deborah Marshall, Jodi Harmon, Lawrence Paul Nelson, Melanie Louise Giamarco, Tracey LoCastro and/or Randi Birnhak with American Realtime Court Reporters & Videographers. Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and the return of these materials to this Court with all convenient speed.

1  WITNESS, the Honorable Howard R. Lloyd, United States Magistrate Judge of the United States

2  District Court, Northern District of California, this __31__ day of __August__ 2011.

3

4  _____
   Honorable Howard R. Lloyd
   United States Magistrate Judge
5  United States District Court
   Northern District of California
6  San Jose Courthouse, Courtroom 2 – 5th Floor
   280 South 1st Street
7  San Jose, CA 95113

8  I hereby certify that the signature above is that of the Honorable Howard R. Lloyd, United States

9  Magistrate Judge of the United States District Court, Northern District of California.

10 _____ Clerk of the Court.

11 By: _____

12 Deputy Clerk: _____

13 Seal: