1   [COMPLETE LIST OF COUNSEL
    IDENTIFIED ON SIGNATURE PAGE]
2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  TV INTERACTIVE DATA                    Case No. 10-CV-00475-JF
    CORPORATION,
11                                         **STIPULATION AMONG PLAINTIFF
                Plaintiff,                 TV INTERACTIVE DATA
12                                         CORPORATION, THE DEFENDANTS,
                                           AND NON-PARTY P&F USA, INC. TO
13          v.                             ADD P&F USA, INC. AS A
                                           DEFENDANT AND [PROPOSED]
14  SONY CORPORATION, et al.,              ORDER**

15                Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS non-party P&F USA, Inc. ("P&F") is a wholly owned subsidiary of

2    Defendant Funai Electric Co., Ltd. ("Funai Electric") that sells electronics products in the United

3    States, including allegedly infringing DVD-VIDEO ("DVD") players and Blu-ray Disc™

4    (including Blu-ray 3D) ("BD") players manufactured *inter alia* by Defendant Funai Electric;

5    WHEREAS Plaintiff TV Interactive Data Corporation ("TVI") believes that Funai

6    Electric is responsible and liable for any and all infringement by P&F of United States Patent No.

7    5,597,307; United States Patent No. 5,795,156; United States Patent No. 6,249,863; and United

8    States Patent No. 6,418,532 (collectively, the "patents-in-suit");

9    WHEREAS TVI filed a separate complaint against P&F in U.S. District Court for the

10   Northern District of California, Case No. 11-CV-02000, for alleged patent infringement involving

11   the automatic playback feature in DVD and BD players, the feature of which is allegedly

12   disclosed and claimed in the patents-in-suit;

13   WHEREAS TVI's claims in this Action are for alleged patent infringement involving the

14   same patents and automatic playback feature in DVD and BD players;

15   WHEREAS TVI contends in this Action that Defendant Funai Electric is liable to TVI for

16   at least P&F's sales in the United States of allegedly infringing DVD and BD players;

17   WHEREAS TVI asserts, among other things, that it is entitled to relief against Defendant

18   Funai Electric and P&F jointly, severally, or in the alternative with respect to or arising out of the

19   same sales of DVD and BD players by P&F;

20   WHEREAS questions of law and fact common to at least P&F and Funai Electric will

21   arise in this Action, including claim construction of the patents-in-suit, their validity, and whether

22   certain DVD and BD players sold by P&F infringe any valid claims of the patents-in-suit; and

23   WHEREAS, to promote judicial economy and reduce inconvenience, delay and added

24   expense, TVI, P&F, Funai Electric, Funai Corporation, Inc. ("Funai Corporation"), and the other

25   remaining Defendants in the case agree, subject to the approval of this Court, to add P&F as a

26   party to this Action.

27   Pursuant to Civil L.R. 7-12 and Fed. R. Civ. P. 15 and 20(a)(2), IT IS HEREBY

28   STIPULATED AND AGREED as follows:

1.      P&F is added as a defendant to this Action.

2.      Within seven days of the Court's approval of this stipulation, TVI will dismiss, without prejudice, its complaint against P&F in Case No. 11-CV-02000.

3.      Within seven days of the Court's approval of this stipulation, TVI will file an amended complaint reasserting its claims against the remaining Defendants and against P&F. A copy of the amended complaint is attached hereto as Exhibit A. The allegations and claims against the remaining Defendants are the same as those in the original complaint.

4.      P&F waives service of the summons. P&F and the remaining Defendants will file responsive pleadings to the amended complaint within 21 days after TVI files the amended complaint.

5.      For purposes of Patent L.R. 3-1, 3-2, 3-3, 3-4 Patent Disclosures, Plaintiff TVI's disclosures to Funai Electric and Funai Corporation shall be treated as if also made to P&F, and Defendants Funai Electric's and Funai Corporation's disclosures shall be treated as if also made by P&F.

6.      For purposes of Claim Construction Proceedings under Patent L.R. 4-1 to 4-7, P&F is considered part of Funai Electric and Funai Corporation (collectively, "the Funai defendant group") and, accordingly, the proceedings covered by Patent L.R. 4 are complete for P&F.

7.      For purposes of discovery, P&F is considered part of the Funai defendant group.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~June~~ September 9, ____, 2011

_____
Honorable Jeremy Fogel
United States District Judge

1   Dated:  June 23, 2011                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2                                            By:     /s/ Sang Young A. Brodie
                                                     Sang Young A. Brodie
3
                                             Ronald J. Schutz
4                                            Email: rjschutz@rkmc.com
                                             Richard M. Martinez
5                                            Email: rmmartinez@rkmc.com
                                             Sang Young A. Brodie
6                                            Email: sybrodie@rkmc.com
                                             Robins, Kaplan, Miller & Ciresi L.L.P.
7                                            800 LaSalle Avenue, 2800 LaSalle Plaza
                                             Minneapolis, MN 55402
8
                                             David Martinez
9                                            Email: dmartinez@rkmc.com
                                             Robins, Kaplan, Miller & Ciresi L.L.P.
10                                           2049 Century Park East, Suite 3400
                                             Los Angeles, CA  90067-3208
11
                                             *Attorneys for Plaintiff*
12                                           *TV Interactive Data Corporation*

13

14  Dated:  June 23, 2011                    BAKER & HOSTETLER LLP

15                                           By:     /s/ Kevin W. Kirsch
                                                     Kevin W. Kirsch
16
                                             Kevin W. Kirsch
17                                           Email:  kkirsch@bakerlaw.com
                                             David A. Mancino
18                                           Email:  dmancino@bakerlaw.com
                                             John F. Bennett
19                                           Email:  Jbennett@bakerlaw.com
                                             Matthew P. Hayden
20                                           Email:  mhayden@bakerlaw.com
                                             Baker & Hostetler LLP
21                                           312 Walnut Street, Ste. 3200
                                             Cincinnati, OH  45202
22
                                             Hayes F. Michel
23                                           Email:  hmichel@bakerlaw.com
                                             Baker & Hostetler, LLP
24                                           12100 Wilshire Boulevard
                                             Los Angeles, CA  90025
25
                                             *Attorneys for Defendants Funai Electric Co. Ltd.;*
26                                           *Funai Corporation, Inc.; and P&F USA, Inc.*

27

28

1   Dated:  June 23, 2011                    MORRISON & FOERSTER LLP

2                                            By:    /s/ Sherman W. Kahn
                                                    Sherman W. Kahn
3

4                                            Karen L. Hagberg
                                             Email: khagberg@mofo.com
5                                            Sherman W. Kahn
                                             Email: skahn@mofo.com
6                                            Hui Liu
                                             Email: hliu@mofo.com
7                                            Morrison & Foerster LLP
                                             1290 Avenue of the Americas
8                                            New York, NY 10104

9                                            Bryan Wilson
                                             Email: bwilson@mofo.com
10                                           Morrison & Foerster LLP
                                             755 Page Mill Road
11                                           Palo Alto, CA  94304-1018

12                                           *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

13

14  Dated:  June 23, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

15                                           By:    /s/ William H. Wright
                                                    William H. Wright
16

17                                           Steven J. Routh
                                             E-mail: srouth@orrick.com
18                                           Sten A. Jensen
                                             E-mail: sjensen@orrick.com
19                                           Trevor C. Hill
                                             E-mail: thill@orrick.com
20                                           T. Vann Pearce, Jr.
                                             E-mail: vpearce@orrick.com
21                                           Orrick, Herrington & Sutcliffe LLP
                                             1152 15th Street, NW
22                                           Washington DC 20005

23                                           William H. Wright
                                             E-mail: wwright@orrick.com
24                                           Orrick, Herrington & Sutcliffe LLP
                                             777 South Figueroa Street, Suite 3200
25                                           Los Angeles, CA 90017

26                                           *Attorneys for Defendants Victor Company of Japan, Ltd. and JVC Americas Corp.*

27

28

1 | Dated:  June 23, 2011

DLA PIPER LLP

2 |

By:      /s/ Ronald L. Yin
         Ronald L. Yin

3 |

4 |

Mark D. Fowler
Email: mark.fowler@dlapiper.com
Ronald L. Yin
Email: ronald.yin@dlapiper.com
Gerald T. Sekimura
Email: gerald.sekimura@dlapiper.com
Carrie L. Williamson
Email: carrie.williamson@dlapiper.com
Erik Fuehrer
Email: erik.fuehrer@dlapiper.com
DLA Piper LLP
2000 University Avenue
East Palo Alto, CA  94303

5 |

6 |

7 |

8 |

9 |

10 |

*Attorneys for Defendants Toshiba Corporation,
Toshiba America Consumer Products, L.L.C and
Toshiba America, Inc.*

11 |

12 |

13 |

14 | Dated:  June 23, 2011

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP

15 |

By:      /s/ Gregory S. Gewirtz
         Gregory S. Gewirtz

16 |

17 |

Gregory S. Gewirtz
Email: ggewirtz@ldlkm.com
Jonathan A. David
Email: jdavid@ldlkm.com
Fahd K. Majiduddin
Email: fmajiduddin@ldlkm.com
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090

18 |

19 |

20 |

21 |

22 |

Philip Barilovits
Email: pb@severson.com
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA  94111

23 |

24 |

25 |

*Attorneys for Defendants Sony Corporation, Sony
Computer Entertainment Inc., Sony Computer
Entertainment America LLC, Sony Corporation of
America, and Sony Electronics Inc.*

26 |

27 |

28 |

| | | |
|---|---|---|
| 1 | Dated:  June 23, 2011 | MORRISON & FOERSTER LLP |

By:      /s/ Karl J. Kramer
              Karl J. Kramer

Karl J. Kramer
E-mail: kkramer@mofo.com
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304

Jack W. Londen
E-mail: jlonden@mofo.com
Morrison & Foerster LLP
Shin-Marunouchi 1-Chome
Tokyo, Chiyoda-ku 100-6529, Japan

*Attorneys for D&M Holdings Inc.;
D&M Holdings US, Inc.; and Denon
Electronics (USA), LLC*

Dated:  June 23, 2011                    MAYER BROWN LLP

By:      /s/ Eric B. Evans
              Eric B. Evans

Eric B. Evans
Email: eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112

Steven Yovits
Email: syovits@mayerbrown.com
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Alan Grimaldi
Email: agrimaldi@mayerbrown.com
Brian Rosenthal
Email: brosenthal@mayerbrown.com
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC  20006-1101

*Attorneys for Defendants Royal Philips Electronics
N.V. and Philips Electronics North America
Corporation*

10-CV-00475-JF

6

STIPULATION TO ADD P&F AS A DEFENDANT

1   I, Kevin W. Kirsch, am the ECF user whose ID and password are being used to file this

2 STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION, THE

3 DEFENDANTS, AND NON-PARTY P&F USA, INC. TO ADD P&F USA, INC. AS A PARTY

4 AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that

5 the above signatories have concurred in this filing.

6

7 Dated: June 23, 2011      _____/s/ Kevin W. Kirsch_____
               Kevin W. Kirsch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I declare that I am employed with the law firm of Baker & Hostetler LLP, whose address is 312 Walnut Street, Suite 3200, Cincinnati, Ohio 45202. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 23, 2011, I served the following:

**STIPULATION AMONG PLAINTIFF TV INTERACTIVE DATA CORPORATION, THE DEFENDANTS, AND NON-PARTY P&F USA, INC. TO ADD P&F USA, INC. AS A DEFENDANT AND [PROPOSED] ORDER**

☒   **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through Baker & Hostetler LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

| | |
|---|---|
| Alan Grimaldi | Sten Anker Jensen |
| Email: agrimaldi@mayerbrown.com | Email: sjensen@orrick.com |
| Mayer Brown LLP | Orrick Herrington & Sutcliffe LLP |
| 1999 K Street, N.W. | 1152 15th St. NW |
| Washington, DC  20006-1101 | Washington, DC 20005 |
| | |
| Steven Yovits | Steven J. Routh |
| Email: syovits@mayerbrown.com | Email: srouth@orrick.com |
| Mayer Brown LLP | Orrick, Herrington & Sutcliffe LLP |
| 71 S. Wacker Drive | 1152 15th Street, NW |
| Chicago, IL  60606 | Washington, DC 20005 |

☐   **BY MAIL** by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Cincinnati, Ohio, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2011, in Cincinnati, Ohio.

/s/ John F. Bennett
John F. Bennett