**United States District Court**

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    TV INTERACTIVE DATA CORPORATION,

10            Plaintiff,                              No. C 10-00475 JSW
                                                     No. C 09-04755 JSW
11       v.

12   SONY CORPORATION ET AL,
                                                     **ORDER OF RECUSAL IN**
13            Defendant.                             **RELATED MATTERS**
     _____/

14

15          TO ALL PARTIES AND COUNSEL OF RECORD:

16          I, the undersigned judge of the court, finding myself disqualified in the above-entitled

17   actions, hereby recuse myself from these cases and request that the cases be reassigned pursuant

18   to the provisions of paragraph E.2 of the Assignment Plan.

19

20          **IT IS SO ORDERED.**

21

22   Dated:   September 29, 2011

23                                                   JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28