UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; ZENITH ELECTRONICS LLC; PIONEER CORPORATION; PIONEER ELECTRONICS (USA) INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; D&M HOLDINGS INC.; D&M HOLDINGS US, INC.; AND DENON ELECTRONICS (USA), LLC,<br><br>Defendants. | Case No. C 10-00475 PJH<br><br>**STIPULATION AND [PROPOSED] AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**<br><br>**DEPONENT:**<br>    **FUNAI ELECTRIC CO., LTD. AND INDIVIDUALS** |

Case No. C 10-00475 PJH    1    AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN

## JOINT STIPULATION

Beginning on or about October 17, 2011, TV Interactive Data Corp. ("TVI") will begin depositions of certain witnesses from Funai Electric Co. Ltd. ("Funai") at the U.S. Consulate in Osaka-Kobe.  TVI and Funai hereby submit and jointly stipulate to the following Proposed Amended Order/Commission for Depositions to be Taken in Japan.

The following Proposed Amended Order/Commission for Depositions to be Taken in Japan differs from the Order/Commission for Depositions to be Taken in Japan signed by Magistrate Judge Lloyd on August 31, 2011, in the following ways:

(1) The Proposed Amended Order/Commission includes an additional check interpreter in section 2:  Akiko Hirashima;

(2) The Proposed Amended Order/Commission includes the full name of the individual previously identified as "Mr. Onishi" in sections 1 and 2:  Kazuaki Onishi; and

(3) The Proposed Amended Order/Commission adds Mr. Kanji Imanishi as a deponent.

**FOR PLAINTIFF TV INTERACTIVE DATA CORP.**
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: /s/ Sang Young A. Brodie
Sang Young A. Brodie (pro hac vice)
E-mail:  sybrodie@rkmc.com
Richard M. Martinez (pro hac vice)
E-mail:  rmmartinez@rkmc.com
Trevor J. Foster (pro hac vice)
E-mail:  tjfoster@rkmc.com
Victor C. Chan (pro hac vice)
E-mail:  vcchan@rkmc.com

Dated: October 7, 2011

Case No. C 10-00475 PJH        2        AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN

**FOR DEFENDANT FUNAI ELECTRIC CO., LTD. AND INDIVIDUAL DEPONENTS:**
BAKER & HOSTETLER, LLP

By: /s/ Kevin W. Kirsch
Kevin W. Kirsch
E-mail:  kkirsch@bakerlaw.com
David A. Mancino
E-mail:  dmancino@bakerlaw.com
John F. Bennett
E-mail:  jbennett@bakerlaw.com

Dated: October 7, 2011

I, Kevin W. Kirsch, am the ECF user whose User ID and Password are being utilized in the electronic filing of the STIPULATION AND [PROPOSED] AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN. Pursuant to the Northern District of California's General Order 45(X)(B), I attest that concurrence in the filing has been obtained from Sang Young A. Brodie.

Dated:  October 7, 2011                                /s/ Kevin W. Kirsch
                                                        Kevin W. Kirsch

**[~~PROPOSED~~] AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT OSAKA-KOBE, JAPAN

Upon the application of Complainant TV Interactive Data Corporation ("TVI"), in *TVI Data Corp. v. Sony Corp., et al.*, Inv. No. 10-00475, before the U.S. District Court for the Northern District of California, and pursuant to Article 17 of the United States – Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following witnesses may be taken at the U.S. Consulate in Osaka-Kobe, Japan, on one or more dates during the period from on or about October 17, 2011, at 8:30 a.m. to on or about November 10, 2011 at 4:00 p.m. as follows, and that any documentary exhibits in connection therewith be marked:

**1.**   **Fed. R. Civ. P., Rule 30(b)(6) deposition of Funai Electric Co., Ltd.**

**Funai Electric Co., Ltd.**
7-7-1 Nakagaito, DaitoCity
Osaka 574-0013, Japan

Potential witnesses for the Fed. R. Civ. P., Rule 30(b)(6) deposition of Funai Electric Co. include, at the discretion of Funai Electric Co., any combination of one or more of the following:

Goro Seki
Kazuyuki Fujiwara
Yoshikazu Fujita
Makato Takemoto
Shigeru Yokota
Yoichi Kanazawa
Kozo Wada

Tadashi Shimoguchi
Tsuyoshi Kamitani
Hideo Saito
Hiroki Nakamura
Jun Tateishi
Kazuaki Onishi

**2.**   **Fed. R. Civ. P., Rule 30(b)(1) depositions of individuals**

Potential witnesses for depositions under Fed. R. Civ. P., Rule 30(b)(1) include:

/ / /

/ / /

| | |
|---|---|
| Goro Seki | Kozo Wada |
| Kazuyuki Fujiwara | Tadashi Shimoguchi |
| Yoshikazu Fujita | Tsuyoshi Kamitani |
| Shinji Seki | Hideo Saito |
| Makato Takemoto | Hiroki Nakamura |
| Shigeru Yokota | Jun Tateishi |
| Yoichi Kanazawa | Kazuaki Onishi |
| | Kanji Imanishi |

Counsel for Defendant Funai Electric Co. who will participate in said depositions are Kevin W. Kirsch, David A. Mancino, and John F. Bennett.  In addition, William Mangioni-Smith may attend on behalf of Funai Electric Co.

Members of Funai Electric Co.'s Intellectual Property Group that may attend the depositions include Hisao Tatsumi, Goro Seki, Hiroki Nakamura, and Takafumi Ishii.

Check interpreters that may be attending the depositions include:

Yoshiyuki Onishi
Christopher Field
Asami Isomichi
Mia Matsumura
Junko Sumida
Toyu Yazaki
Ellen Shang Travis
Akiko Hirashima

Counsel for TVI who will participate in said depositions are Richard M. Martinez, Sang Young A. Brodie, Trevor J. Foster, and Victor C. Chan.  In addition, James Tornes and Andrew Wolfe may attend on behalf of TVI.

Jared Taylor will act as interpreter.

The proceedings will be recorded by Christopher Sheppard Hanlon, Lee Anthony Bowry, Peter Wai Kwong Au, Jeffrey Marc Menton, Randell Buckler, Deborah Marshall, Jodi Harmon, Lawrence Paul Nelson, Melanie Louise Giamarco, Tracey LoCastro and/or Randi Birnhak with American Realtime Court Reporters & Videographers.  Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and the return of these materials to this Court with all convenient speed.

Case No. C 10-00475 PJH          5          AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN

1  WITNESS, the Honorable Phyllis J. Hamilton, United States District Judge of the United States
2  District Court, Northern District of California, this  12th   day of October ___ 2011.

3

4  _____
   Honorable Phyllis J. Hamilton
5  United States District Court
   Northern District of California
6  Oakland Courthouse, Courtroom 3 - 3rd Floor
   1301 Clay Street,
7  Oakland, CA 94612

8  I hereby certify that the signature above is that of the Honorable Phyllis J. Hamilton, United
9  States District Judge of the United States District Court, Northern District of California.

10  _____ Clerk of the Court.

11  By: _____

12  Deputy Clerk: _____

13  Seal:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 10-00475 PJH           6           AMENDED ORDER/COMMISSION FOR
                                              DEPOSITIONS TO BE TAKEN  IN JAPAN

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Baker & Hostetler LLP, whose address is 312 Walnut Street, Suite 3200, Cincinnati, Ohio 45202.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 7, 2011, I served the following:

**STIPULATION AND [PROPOSED] AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through Baker & Hostetler LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

| | |
|---|---|
| Robert E. McBride<br>Email: rmcbride@mayerbrown.com<br>Mayer Brown LLP<br>1999 K Street, NW<br>Washington, DC 20006-1101 | Sten Anker Jensen<br>Email: sjensen@orrick.com<br>Orrick Herrington & Sutcliffe LLP<br>1152 15th St. NW<br>Washington, DC 20005 |

Steven J. Routh
Email: srouth@orrick.com
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

☐ **BY MAIL** by placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Cincinnati, Ohio, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2011, in Cincinnati, Ohio.

/s/ John F. Bennett
John F. Bennett

Case No. C 10-00475 PJH    7    AMENDED ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN