UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, et al.,<br><br>    Defendants. | Case No. 10-cv-0475 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENDED TIME TO RESPOND TO AMENDED COMPLAINT |

PURSUANT TO STIPULATION, and good cause showing therefore, IT IS HEREBY ORDERED as follows:

The October 19, 2011 Stipulation and Request for Order to Extend Time to Respond to Amended Complaint is GRANTED.

The deadline for Defendants and Counterclaimants Koninklijke Philips Electronics N.V. (named in the Complaint as Royal Philips Electronics N.V.) and Philips Electronics North America Corporation to file a responsive pleading to TVI's First Amended Complaint; Demand for Jury Trial (D.E. 333) shall be extended from October 21, 2011, until November 11, 2011.

DATED: 10/25/11

_____
HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*