Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, et al.,<br><br>Defendants. | Case No. C 10-00475 PJH<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS KONINKLIJKE PHILIPS ELECTRONICS N.V. (NAMED IN THE COMPLAINT AS ROYAL PHILIPS ELECTRONICS N.V.) AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION AND [P~~ROPOSED~~] ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Civ. L.R. 7-12 and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Defendants Koninklijke Philips Electronics N.V. (named in the Complaint as Royal Philips Electronics N.V.) and Philips Electronics North America Corporation (collectively, "Philips"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. TVI filed this action in the United States District Court for the Northern District of California asserting claims for patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. Philips filed its Answer and Counterclaims to the Original Complaint but has not yet filed its Answer and Counterclaims to the First Amended Complaint (D.E. 333).

3. TVI and Philips have now reached an agreement to settle their differences relating to the above-captioned action.

4. All claims TVI asserted against Philips in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than Philips. TVI is dismissing only its claims against Philips, and expressly maintains all of TVI's claims for relief against all other parties to this action.

5. All counterclaims Philips asserted against TVI in the above-captioned action are hereby dismissed with prejudice.

6. TVI and Philips each shall bear their own costs and attorneys' fees in connection with the action.

7. TVI and Philips request that the Court reserve jurisdiction over this matter to oversee and enforce the agreement between TVI and Philips.

I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of this document has been obtained from Steven Yovits.

/ / /

/ / /

/ / /

Case No. C 10-00475 JF
82598098.1

- 1 -

STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND PHILIPS AND [PROPOSED] ORDER

DATED: **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Sang Young A. Brodie
Ronald J. Schutz (*Pro Hac Vice*)
Richard M. Martinez (*Pro Hac Vice*)
Sang Young A. Brodie (*Pro Hac Vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys for Plaintiff TV Interactive Data Corporation*

DATED: **MAYER BROWN LLP**

By: /s/ Steven Yovits

Steven Yovits (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
syovits@mayerbrown.com
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

Eric B. Evans (SBN 232476)
**MAYER BROWN LLP**
Two Palo Alto Square
Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Defendants and Counterclaimants Royal Philips Electronics N.V. and Philips Electronics North America Corporation*

1  **PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST**
2  **PHILIPS AND ALL COUNTERCLAIMS PHILIPS ASSERTED AGAINST TVI IN THE**
3  **ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE.**
4  **IT IS SO ORDERED.**

6  DATED: 11/4/11



Honorable Phyllis J. Hamilton
United States...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Case No. C 10-00475 JF
82598098.1

- 3 -

STIPULATION OF DISMISSAL OF CLAIMS
WITH PREJUDICE BETWEEN PLAINTIFF
AND PHILIPS AND [PROPOSED] ORDER

## PROOF OF SERVICE

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is 800 LaSalle Avenue 2800 LaSalle Plaza, Minneapolis Minnesota 55402.

On November 3, 2011 I served the foregoing document described as **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS KONINKLIJKE PHILIPS ELECTRONICS N.V. (NAMED IN THE COMPLAINT AS ROYAL PHILIPS ELECTRONICS N.V.) AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION AND [PROPOSED] ORDER** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached Service List**

[] **BY MAIL:** I caused such envelope to be deposited in the mail at Minneapolis, Minnesota. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[] **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X] **BY E-MAIL:** I served a true copy of the document(s) on all parties to this action via e-mail transmission. E-mail transmissions were sent and addressed as stated above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on November 3, 2011 at Minneapolis, Minnesota.

*/s/ Michele M. Tacheny*
Michele M. Tacheny

81152554.1

Robins, Kaplan, Miller & Ciresi L.L.P.
Attorneys At Law
Los Angeles

PROOF OF SERVICE

# SERVICE LIST

TV Interactive Data Corporation v. Sony, et al.
U.S.D.C. Northern District of California Case No. 10-CV-00475 EMC

Kevin W. Kirsch *(registered ECF user)*
John F. Bennett *(registered ECF user)*
Matthew P. Hayden *(registered ECF user)*
David A. Mancino *(registered ECF user)*
Baker & Hostetler LLP
312 Walnut Street
Suite 3200
Cincinnati, OH  45202
E-mail: kkirsch@bakerlaw.com
E-mail: jbennett@bakerlaw.com
E-mail: mhayden@bakerlaw.com
E-mail: dmancino@bakerlaw.com

Hayes F. Michel *(registered ECF user)*
Baker & Hostetler LLP
12100 Wilshire Blvd.
Los Angeles, CA  90025
E-mail: hmichel@bakerlaw.com

*Funai Electric Co. Ltd.; and*
*Funai Corporation, Inc.*

Steven J. Routh
T. Vann Pearce *(registered ECF user)*
Sten A. Jensen
Trevor C. Hill *(registered ECF user)*
Orrick Herrington & Sutcliffe LLP
1152 15th St. NW
Columbia Center
Washington, DC  20005
E-mail: srouth@orrickcom
E-mail: vpearce@orrick.com
E-mail: sjensen@orrick.com
E-mail: thill@orrick.com

William H. Wright *(registered ECF user)*
Orrick Herrington & Sutcliffe LLP
777 S. Figueroa St./Suite 3200
Lose Angeles, CA  90017
E-mail: wwright@orrick.com

*Victor Company of Japan, Ltd.; and*
*JVC Americas Corp.*

Alan Grimaldi *(registered ECF user)*
Brian Rosenthal *(registered ECF user)*
Robert E. McBride
Mayer Brown LLP
1999 K St. NW
Washington, DC  20006-1101
E-mail: agrimaldi@mayerbrown.com
E-mail: brosenthal@mayerbrown.com
E-mail: rmcbride@mayerbrown.com

Steven Yovits *(registered ECF user)*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
E-mail: syovitx@mayerbrown.com

Eric Evans *(registered ECF user)*
Mayer Brown LLP
Two Palo Alto Square
3000 El Camino Real/Suite 300
Palo Alto, CA  94306-2112
E-mail: eevans@mayerbrown.com

*Philips Electronic North America*
*Corporation; and*
*Royal Philips Electronics N.V.*

Ronald L. Yin *(registered ECF user)*
Mark D. Fowler *(registered ECF user)*
Gerald T. Sekimura
Erik R. Fuehrer *(registered ECF user)*
DLA Piper LLP
2000 University Ave.
East Palo Alto, CA  94303
E-mail: Toshiba-TVInteractive@dlapiper.com

*Toshiba Corporation;*
*Toshiba America, Inc.; and*
*Toshiba America Consumer Products, LLC*

81152554.1

- 2 -

Gregory G. Gewirtz *(registered ECF user)*
Jonathan A. David *(registered ECF user)*
Fahd K. Majiduddin *(registered ECF user)*
Lerner David Littenberg Krumholz
    & Mentlik
600 South Ave. West
Westfield, NJ 07090
E-mail: ggewirtz@ldlkm.com
E-mail: jdavid@ldlkm.com
E-mail: fmajiduddin@ldlkm.com

Duane M. Geck
Philip Barilovits *(registered ECF user)*
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
E-mail: dmg@severson.com
E-mail: pb@severson.com

*Sony Corporation; Sony Computer Entertainment Inc.; Sony Computer Entertainment America, Inc., Sony Corporation of America; and Sony Electronics, Inc.*