# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; ROYAL PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC AMERICAS CORP.; FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.,<br>,<br><br>              Defendants. | Case No.  C 10-00475 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**<br><br>**DEPONENT:**<br>    **VICTOR COMPANY OF JAPAN, LTD.** |

1

**JOINT STIPULATION**

Beginning December 6, 2011, TV Interactive Data Corp. ("TVI") will begin depositions of certain witnesses from Victor Company of Japan, Ltd. ("JVC") at the U.S. Embassy in Tokyo. TVI and JVC hereby submit and jointly stipulate to the following Proposed Order/Commission for Depositions to be Taken in Japan.

**FOR PLAINTIFF TV INTERACTIVE DATA CORP.**

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By:/s/ Victor C. Chan
Sang Young A. Brodie (pro hac vice)
E-mail:  sybrodie@rkmc.com
Richard M. Martinez (pro hac vice)
E-mail:  rmmartinez@rkmc.com
Trevor J. Foster (pro hac vice)
E-mail:  tjfoster@rkmc.com
Victor C. Chan (pro hac vice)
E-mail:  vcchan@rkmc.com

Dated: November 4, 2011


**FOR DEFENDANT VICTOR COMPANY OF JAPAN, LTD.**

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ T. Vann Pearce, Jr.
William H. Wright
E-mail:  wwright@orrick.com
Steven J. Routh (pro hac vice)
E-mail:  srouth@orrick.com
Sten A. Jensen (pro hac vice)
E-mail:  sjensen @orrick.com
Trevor C. Hill (pro hac vice)
E-mail:  thill@orrick.com
T. Vann Pearce, Jr. (pro hac vice)
E-mail:  vpearce@orrick.com

Dated: November 4, 2011

ORDER/COMMISSION FOR DEPOS. TO
BE TAKEN  IN JAPAN

1    **[~~PROPOSED~~] ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN**

2      TO:  ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA

3          AT TOKYO, JAPAN

4      Upon the application of Complainant TV Interactive Data Corporation ("TVI"), in *TVI*

5    *Data Corp. v. Sony Corp., et al.*, Inv. No. 10-00475, before the U.S. District Court for the

6    Northern District of California, and pursuant to Article 17 of the United States – Japan Consular

7    Convention,

8      **IT IS ORDERED THAT** the depositions on notice of the following volunteering

9    witnesses be taken at the U.S. Embassy in Tokyo, Japan commencing on or about December 6,

10   2011, at 8:30 a.m. and terminating on or about December 22, 2011 at 4:00 p.m., and that any

11   documentary exhibits in connection therewith be marked:

12     **1.  Fed. R. Civ. P. 30(b)(6) deposition of Victor Company of Japan, Ltd.**

13
       **Victor Company of Japan, Ltd.**
14     12, Moriya-cho 3-chome, Kanagawa-ku,
       Yokohama, 221-8528, Japan
15

16   Potential witnesses for the Fed. R. Civ. P. 30(b)(6) deposition Victor Company of Japan, Ltd.

17   include the following:

18
       Hiroki Osano
19     Masaru Hiyama
       Naohiko Hiramatsu
20     Kenichi Yokomizo
       Atushi Fukura
21     Masayuki Takami
       Hidetoshi Ozaki
22     Susumu Sakakibara
23     Mr. Hasegawa

24     **2.  Fed. R. Civ. P. 30(b)(1) depositions of individuals**

25   Potential witnesses for depositions under Fed. R. Civ. P. 30(b)(1) include:

26
       Hiroki Osano
27     Masaru Hiyama
       Naohiko Hiramatsu
28     Kenichi Yokomizo

Atushi Fukura
Masayuki Takami
Hidetoshi Ozaki
Susumu Sakakibara
Mr. Hasegawa

Counsel for Defendant Victor Company of Japan, Ltd. who will participate in said depositions are William H. Wright, Steven J. Routh, Sten A. Jensen, Trevor C. Hill, T. Vann Pearce, Jr., and John R. Inge.

Counsel for TVI who will participate in said depositions are Richard M. Martinez, Sang Young A. Brodie, Trevor J. Foster, and Victor C. Chan. In addition, Quynh Nguyen, James Tornes and Andrew Wolfe may attend on behalf of TVI.

Jared Taylor will act as interpreter.

The proceedings will be recorded by Christopher Sheppard Hanlon, Lee Anthony Bowry, Peter Wai Kwong Au, Jeffrey Marc Menton, Randell Buckler, Deborah Marshall, Jodi Harmon, Lawrence Paul Nelson, Melanie Louise Giamarco, Tracey LoCastro and/or Randi Birnhak with American Realtime Court Reporters & Videographers. Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and the return of these materials to this Court with all convenient speed.

/ / /

/ / /

/ / /

82585860.1                4        ORDER/COMMISSION FOR DEPOS. TO
                                   BE TAKEN IN JAPAN

1         I, Victor C. Chan, am the ECF user whose User ID and Password are being utilized in the

2    electronic filing of the STIPULATION AND [PROPOSED] ORDER/COMMISSION FOR

3    DEPOSITIONS TO BE TAKEN IN JAPAN.  Pursuant to the Northern District of California's

4    General Order 45(X)(B), I attest that concurrence in the filing has been obtained from T. Vann

5    Pearce, Jr.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/COMMISSION FOR DEPOS. TO
BE TAKEN  IN JAPAN

1   WITNESS, the Honorable Phyllis J. Hamilton, United States Judge of the United States District

2   Court, Northern District of California, this _____ day of _____ 2011.

      8th        November

3

4                        _____
                       Honorable Phyllis J. Hamilton
                       United States Judge

5                        United States District Court
                       Northern District of California

6                        Oakland Courthouse, Courtroom 3 – 3rd Floor
                       1301 Clay Street

7                        Oakland, CA 94612

8   I hereby certify that the signature above is that of the Honorable Phyllis J. Hamilton, United

9   States Judge of the United States District Court, Northern District of California.

10   _____ Clerk of the Court

11   By: _____

12   Deputy Clerk: _____

13   Seal:

                                    ORDER/COMMISSION FOR DEPOS. TO
                                          BE TAKEN IN JAPAN

1   Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
    Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
2   Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
    Trevor J. Foster (*Pro Hac Vice*), TJFoster@rkmc.com
3   Victor C. Chan (*Pro Hac Vice*), VCChan@rkmc.com
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
4   800 LaSalle Avenue, 2800 LaSalle Plaza
    Minneapolis, MN  55402
5   Telephone:  (612) 349-8500
    Facsimile:  (612) 339-4181
6
    David  Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
7   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
8   Los Angeles, CA  90067-3208
    Telephone:  (310) 552-0130
9   Facsimile:   (310) 229-5800

10  Attorneys for Plaintiff,
    TV INTERACTIVE DATA CORPORATION

11              **UNITED STATES DISTRICT COURT**
12            **NORTHERN DISTRICT OF CALIFORNIA**

13  TV INTERACTIVE DATA CORPORATION, a          Case No.  C 10-00475 PJH
    California Corporation,
14                                              **CERTIFICATE OF SERVICE**
                    Plaintiff,
15
    v.
16
    SONY CORPORATION; SONY COMPUTER
17  ENTERTAINMENT INC.; SONY COMPUTER
    ENTERTAINMENT AMERICA, INC.; SONY
18  CORPORATION OF AMERICA; SONY
    ELECTRONICS, INC.; ROYAL PHILIPS
19  ELECTRONICS N.V.; PHILIPS ELECTRONICS
    NORTH AMERICA CORPORATION; TOSHIBA
20  CORPORATION; TOSHIBA AMERICA, INC.;
    TOSHIBA AMERICA CONSUMER PRODUCTS,
21  L.L.C.; VICTOR COMPANY OF JAPAN, LTD.; JVC
    AMERICAS CORP.; FUNAI ELECTRIC CO., LTD.;
22  FUNAI CORPORATION, INC.; P&F USA, INC.,
    ,
23                  Defendants.

24

25

26

27

28

Case No.  C 10-00475 JF

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
ATTORNEYS AT LAW
LOS ANGELES

I hereby certify that on November 4, 2011, I electronically filed

**TV Interactive Data Corporation and Victor Company of Japan's Stipulation And**

**[Proposed] Order/Commission For Depositions To Be Take In Japan**

with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the

following attorneys:

| | |
|---|---|
| Philip Barilovits<br>Email: pb@severson.com | John F. Bennett<br>Email: jbennett@bakerlaw.com |
| Jonathan A. David<br>Email: jdavid@ldlkm.com | Eric Evans<br>Email: eevans@mayerbrown.com |
| Mark Fowler<br>Email: mark.fowler@dlapiper.com | Erik Fuehrer<br>Email: erik.fuehrer@dlapiper.com |
| Gregory S. Gewirtz<br>Email: ggewirtz@ldlkm.com | Alan Grimaldi<br>Email: agrimaldi@mayerbrown.com |
| Matthew P. Hayden<br>Email: mhayden@bakerlaw.com | Trevor C. Hill<br>Email: thill@orrick.com |
| Kevin W. Kirsch<br>Email: kkirsch@bakerlaw.com | Fahd K. Majiduddin<br>Email: fmajiduddin@ldlkm.com |
| David A. Mancino<br>Email: dmancino@bakerlaw.com | Hayes F. Michel<br>Email: hmichel@bakerlaw.com |
| T. Vann Pearce, Jr.<br>Email: vpearce@orrick.com | Brian A. Rosenthal<br>Email: brosenthal@mayerbrown.com |
| Carrie Lynne Williamson<br>Email: carrie.williamson@dlapiper.com | William Harrison Wright, III<br>Email: wwright@orrick.com |
| Ronald Yin<br>Email: ronald.yin@dlapiper.com | Steven Yovits<br>Email: syovits@mayerbrown.com |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No.  C 10-00475 PJH

- 1 -

CERTIFICATE OF SERVICE

82607429.1

and that a true and correct copy of same was sent via email to:

| Stan Anker Jensen<br>Email:  sjensen@orrick.com<br>Steven J. Routh<br>Email:  srouth@orrick.com<br>Orrick Herrington & Sutcliffe LLP<br>1152 15th Street N.W.<br>Washington, DC 20005 | Robert E. McBride<br>Email:  rmcbride@mayerbrown.com<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101 |

DATED:  November 4, 2011                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   _/s/ Victor C. Chan_____
    Victor C. Chan (*pro hac vice*)

**ATTORNEY FOR PLAINTIFF**
**TV INTERACTIVE DATA CORPORATION**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No.  C 10-00475 PJH

- 2 -

CERTIFICATE OF SERVICE

82607429.1