Ronald J. Schutz (*Pro Hac Vice*), RJSchutz@rkmc.com
Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Sang Young A. Brodie (*Pro Hac Vice*), SYBrodie@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff,
TV INTERACTIVE DATA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION, et al.,<br><br>Defendants. | Case No.  C 10-00475 PJH<br><br>**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS JVC KENWOOD CORPORATION AND JVC AMERICAS CORPORATION AND [P~~ROPOSED~~] ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Civ. L.R. 7-12 and the agreement of the parties, TV Interactive Data Corporation ("TVI") and Defendants JVC Kenwood Corporation (named in the Complaint as Victor Company of Japan, Ltd.) and JVC Americas Corporation (collectively, "JVC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. TVI filed this action in the United States District Court for the Northern District of California asserting claims for patent infringement under U.S. Patent Nos. 5,597,307, 5,795,156, 6,249,863, and 6,418,532.

2. JVC filed its Answer and Counterclaims to the First Amended Complaint (D.E. 333) on October 7, 2011.

3. TVI and JVC have now reached an agreement to settle their differences relating to the above-captioned action.

4. All claims TVI asserted against JVC in the above-captioned action are hereby dismissed with prejudice. The foregoing dismissal shall have no impact whatsoever on TVI's claims and rights against any party other than JVC. TVI is dismissing only its claims against JVC, and expressly maintains all of TVI's claims for relief against all other parties to this action.

5. All counterclaims JVC asserted against TVI in the above-captioned action are hereby dismissed with prejudice.

6. TVI and JVC each shall bear their own costs and attorneys' fees in connection with the action.

7. TVI and JVC request that the Court reserve jurisdiction over this matter to oversee and enforce the agreement between TVI and JVC.

I, Sang Young A. Brodie, the filer of this document attest that concurrence in the filing of this document has been obtained from T. Vann Pearce, Jr.

/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: January 10, 2012 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 2 | | |
| 3 | | By: /s/ Sang Young A. Brodie<br>Ronald J. Schutz (*Pro Hac Vice*) |
| 4 | | Richard M. Martinez (*Pro Hac Vice*)<br>Sang Young A. Brodie (*Pro Hac Vice*)<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 5 | | 800 LaSalle Avenue, 2800 LaSalle Plaza<br>Minneapolis, MN  55402 |
| 6 | | Telephone:  (612) 349-8500<br>Facsimile:   (612) 339-4181 |
| 7 | | |
| 8 | | David  Martinez (CA Bar No. 193183)<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 9 | | 2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208<br>Telephone:  (310) 552-0130 |
| 10 | | Facsimile:   (310) 229-5800 |
| 11 | | *Attorneys for Plaintiff TV Interactive Data Corporation* |
| 12 | DATED: January 10, 2012 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 13 | | |
| 14 | | By:   /s/ T. Vann Pearce, Jr.<br>Steven J. Routh (pro hac vice) |
| 15 | | Sten A. Jensen<br>Trevor C. Hill |
| 16 | | T. Vann Pearce, Jr. (pro hac vice)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 17 | | 1152 15th Street, NW<br>Washington, DC  20005 |
| 18 | | Telephone:  (202) 339-8696<br>Facsimile:   (202) 339-8500 |
| 19 | | William H. Wright |
| 20 | | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>777 South Figueroa St., Suite 3200 |
| 21 | | Los Angeles, CA  90017<br>Telephone:  (213) 612-2478 |
| 22 | | |
| 23 | | *Attorneys for Defendants and Counterclaimants JVC Kenwood Corporation and JVC Americas Corporation* |

Left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P. / ATTORNEYS AT LAW / LOS ANGELES

**PURSUANT TO STIPULATION, ALL CLAIMS TVI ASSERTED AGAINST JVC AND ALL COUNTERCLAIMS JVC ASSERTED AGAINST TVI IN THE ABOVE-CAPTIONED ACTION ARE HEREBY DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

DATED: 1/17/12



Honorable Phyllis J. Hamilton
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES