UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TV INTERACTIVE DATA CORPORATION,

    Plaintiff(s),

v.

SONY CORPORATION, et al.,

    Defendant(s).

_____/

No. C 10-0475 PJH

**NOTICE**

Before the court is the joint stipulation of the remaining parties consenting to pretrial and trial before Magistrate Judge Spero contingent on his ability to maintain the current trial schedule. The court having been advised that Judge Spero can indeed preside over a trial in March 2013, the undersigned will refer this case to Judge Spero as soon as the order on the submitted motions is entered.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge