UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TV INTERACTIVE DATA
CORPORATION,

    Plaintiff,

    v.

SONY CORPORATION, et al.,

    Defendants.
_____/

No. C 10-0475 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE
FOR ALL PURPOSES**

    Pursuant to Local Rule 72-1 and the consent of the parties, now that the court has ruled on the parties' summary judgment motions, this matter is referred to Magistrate Judge Joseph C. Spero for all further purposes including a March 2013 jury trial and entry of judgment.

    The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Magistrate Judge Spero