# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

**ATTORNEYS AT LAW**

Richard M. Martinez
RMMartinez@rkmc.com
612-349-8402

Via ECF

December 12, 2012

The Honorable Joseph C. Spero
U.S. Magistrate Judge
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

Re: TV Interactive Data Corp. v. Sony Corp., et al.
Civ No.: 4:10-CV-00475-JCS

Dear Judge Spero:

We are scheduled for a telephonic pretrial conference on Monday, December 17, 2012 at 9:30 am PT. TVI respectfully requests to appear by phone for this conference.

Your instructions ask for a direct landline, which for me is 612-349-8402. Ms. Hom also requested a conference call number. The Court and the parties are free to use the following call-in number for this conference:

Dial-in Number: 1-877-260-4544
Participant Code: 612 349 8591

Please let me know if you need any additional information.

IT IS HEREBY ORDERED THAT the Court will use the call-in number for the hearing.
Dated: 12/12/12

Respectfully Submitted,

/s/ Richard M. Martinez

Richard M. Martinez

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

ATLANTA   BOSTON   LOS ANGELES   MINNEAPOLIS   NAPLES   NEW YORK

83560065.1