UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, | Case No.: 3:10-cv-00475-JCS |
| Plaintiff, | **ORDER GRANTING VARIOUS MOTIONS TO SEAL [Dkt. Nos. 478, 489, 502, 509, 519].** |
| v. | |
| SONY CORPORATION, et al., | |
| Defendant. | |

The parties' motions to seal are hereby GRANTED.  However, it is this Court's policy that any documents associated with the trial are public documents.  Therefore, if the parties wish to seal any documents associated with the trial, they must make a particularlized showing as to why there is good cause to seal such documents.  The testimony at trial is also presumptively public.  The fact the documents will be sealed in connection with the summary judgment motions does not mean the same documents or similar information will be sealed at trial.

IT IS SO ORDERED.

Dated: January 17, 2013

_____
Joseph C. Spero
United States Magistrate Judge