UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SONY CORPORATION ET AL,<br><br>    Defendant(s). | Case No. 3:10-cv-00475 JCS<br><br>**ORDER TO FURNISH DAILY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the ten (10) members of the jury in the above-entitled matter beginning **March 12, 2013**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: March 4, 2013

JOSEPH C. SPERO
United States Magistrate Judge