Richard M. Martinez (*Pro Hac Vice*), RMMartinez@rkmc.com
Patrick M. Arenz (*Pro Hac Vice*), PMArenz@rkmc.com
Sarah E. Hudleston (*Pro Hac Vice*), SEHudleston@rkmc.com
Victor C. Chan (*Pro Hac Vice*), VCChan@rkmc.com
Logan J. Drew (*Pro Hac Vice*), LJDrew@rkmc.com
Christine S. Yun Sauer (*Pro Hac Vice*) CSYunsauer@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183), DMartinez@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Plaintiff,
TV Interactive Data Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TV Interactive Data Corporation,<br><br>     Plaintiff,<br><br>   v.<br><br>Sony Corporation, et al.,<br><br>     Defendants. | Case No. 10-cv-00475-JCS<br><br>**TVI's Stipulation Regarding Authenticity of Exhibits for Trial** |

Case No. 10-cv-00475-JCS

TVI's Stipulation Regarding
Authenticity of Exhibits for Trial

1  WHEREAS the Court has requested that the parties stipulate to the authenticity of all offered trial exhibits.

2  WHEREAS the Court has overruled TVI's objections relating to authenticity and other issues with respect to Sony's use of alleged Microsoft §102(g) prior art, including purported source code for Windows 95 pre-builds.

3  WHEREAS TVI agrees to withdraw its authenticity objections for all remaining trial exhibits.

4  TVI HEREBY STIPULATES that all trial exhibits, including alleged prior art references, are authentic under Fed. R. Evid. 901 for purposes of this trial. By so stipulating, TVI does not (1) waive any of its other objections, including its overruled objections to Sony's alleged Microsoft §102(g) prior art, (2) admit or concede that any otherwise objected-to exhibit is admissible, or (3) admit or concede that alleged prior art references constitute actual prior art.

**Respectfully submitted,**

Dated: March 4, 2013

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: /s/ Richard M. Martinez
Richard M. Martinez (*Pro Hac Vice*)
Patrick M. Arenz (*Pro Hac Vice*)
Sarah E. Hudleston (*Pro Hac Vice*)
Victor C. Chan (*Pro Hac Vice*)
Logan J. Drew (*Pro Hac Vice*)
Christine S. Yun Sauer (*Pro Hac Vice*)
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Dated: 3/5/13

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

David Martinez, (CA Bar No. 193183)
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

**Attorneys for Plaintiff**
**TV Interactive Data Corporation**

- 1 -   TVI's Stipulation Regarding Authenticity of Exhibits for Trial

(Left margin: Robins, Kaplan, Miller & Ciresi L.L.P., Attorneys at Law, Minneapolis)