UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>SONY CORPORATION, et al.,<br><br>        Defendants. | Case No.  10-cv-00475-JCS<br><br>**ORDER GRANTING TVI'S MOTION IN LIMINE NO. 5**<br><br>**Dkt. No. 602** |

The sole issue presented in this motion is whether the claim term "operatively coupled" as used in the '156 Patent (Claim 1) and '863 Patent (Claims 1 and 9) <u>requires</u> two host devices. It does not. Accordingly, TVI's *Motion in Limine* No. 5 is GRANTED. Defendants may not offer any evidence or argument before the jury that two host devices are required by the claims. They may not offer evidence or argument that Sony's products do not infringe because the term "operatively coupled" requires two host devices.

IT IS SO ORDERED.

Dated: March 5, 2013

_____
Joseph C. Spero
United States Magistrate Judge