UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL TRIAL MINUTES</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO    COURTROOM DEPUTY: <u>Karen Hom</u>**

**DATE: March 21, 2013            COURT REPORTER: <u>Kathy Sullivan & Debra Pas</u>**

**CASE NO.: 3:10-cv-0475 JCS**

**CASE NAME: TV Interactive Data v. Sony Corp.**

**TRIAL BEGAN: 03/11/13              TIME: 5 H 30 M**

| <u>COUNSEL FOR PLAINTIFF:</u> | <u>COUNSEL FOR DEFENDANT:</u> |
|---|---|
| Richard Martinez, Patrick Arenz, Sarah Hudleston, Christine Yun Sauer, Logan Drew and Victor Chan | Greg Gewirtz, Charles Kennedy, Fahid Majiduddin, Jon David, Natalie Richer, Orville Cockings and Maria Schindler |

**PROCEEDINGS:    Jury Trial - Day 8**
All counsel and parties present. Jury not present.  Court ruled on Oral Motions to Seal. Jury present. Deposition read-in testimony of Christopher Guzak, Stuart Laney, Ronald Radko. Direct, cross-exam of John Byrd. Direct exam of Peter Redford on invalidity. Jury released for the weekend and reminded of admonishment. Jurors instructed to return on Mon., 3/25/13 by 8:20 AM. Jury instruction conference set for 3/22/13 at 10:30 AM.

| <u>**TRIAL MOTIONS HEARD:**</u> | <u>**RULING**</u> |
|---|---|
| 1.  Sony's Oral Motion to Seal Microsoft Source Code Trial Exhibits Used with Deposition Read-In Testimony | Granted |
| 2. Sony's Oral Motion to Seal 3/21/13 Trial Transcript for Microsoft to Review for Redactions | Denied. |
| 3.  TVI's Oral Motion to Seal Additional Microsoft Source Code Trial Exhibits | Granted |
| 4. TVI's Objections to Sony's Disclosure of Exhibits for Testimony of Peter Redford [dkt no. 752] and Sony's Supplemental Disclosure of Exhibits for Testimony of Peter Redford [dkt no. 755] | Resolved by stipulation |

**ORDERED AFTER HEARING:** Trial Exhibits 357, 358 and 361 - objections were sustained and these exhibits are not admitted. Court will entertain a motion by Microsoft to Redact the Transcript. Jury instruction conference set for 3/22/13 at 10:30 AM. Court ordered that Mr. Martinez may not speak to Mr. Redford tonight or before 10:30 AM on 3/22/13 regarding facts of the case while he is still under examination.
.

**WITNESSES:** deposition read-in of Christopher Guzak, deposition read-in of Stuart Todd Laney, deposition read-in of Ronald Radko, John Byrd, Peter Redford

**EXHIBITS:** 20, **(filed under seal) 1255, 1256, 1257, 1258, 1259, 2203, 2205, 2206, 2207, 2208, 2220, 2221, 1247, 1248, 1250, 1251**, 921, 2892, 917, 1253, 918, 919, 2481, 2482, 1114, 1104, 1674, 1675, 1176, 1173. **1315E (filed under seal)**. Exhibits in **Bold** are filed under seal.

**VERDICT:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Trial days:  Day 8 of 12

Page 2 of 2