# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** <u>Karen Hom</u>

**DATE:** March 25, 2013          **COURT REPORTER:** <u>Kathy Sullivan & Debra Pas</u>

**CASE NO.:** 3:10-cv-0475 JCS

**CASE NAME:** TV Interactive Data v. Sony Corp.

**TRIAL BEGAN:** 03/11/13          **TIME:** 5 H 33 M

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Richard Martinez, Patrick Arenz, Sarah Hudleston, Christine Yun Sauer, Logan Drew and Victor Chan | Greg Gewirtz, Charles Kennedy, Fahid Majiduddin, Jon David, Natalie Richer, Orville Cockings and Maria Schindler |

**PROCEEDINGS:**     Jury Trial - Day 9

All counsel and parties present. Jury not present. Juror #2 will be thanked and excused due to medical issue. Discussion held on various objections. Jury present. Explanation given to jurors regarding absence of Juror #2. Continued direct exam of Peter Redford. Cross-exam and re-direct, re-cross-exam and re-re-direct exam of Peter Redford. Witness Redford excused. Direct, cross and re-direct exam of Robert Klein. Direct, cross and re-direct exam of recalled witness John Byrd. Jury released for lunch. Jury not present and discussion held re: schedule for case. Each side shall have 1 hour for closing arguments. Court reconvened. Direct, cross and re-direct exam of Creighton Hoffman. Sony rests. TVI's rebuttal case. Direct exam of Andrew Wolfe. Jury released for the day and reminded of amonishment. Jurors instructed to return on 3/26/13 by 8:20 AM. Jury not present. Court discussed jury lunch and will agree to split the cost.

| TRIAL MOTIONS HEARD: | RULING |
|---|---|
| 1. Sony's Objections to TVI's Exhibits for Andrew Wolfe [dkt no. 768] | Excluded & Overruled |
| 2. TVI's Notice re: Lack of Commercially Successful Product and Damages | No objection by TVI to Use of one line sentence. |
| 3. Sony's Objections to Dr. Srinivasan [dkt no. 769] | Subject matter of testimony Limited to rebuttal |
| 4. Sony's Objections to Michael Wagner [dkt no. 770] | Subject matter of testimony limited to rebuttal |
| 5. TVI's Oral Motion for Judgment as Matter of Law | Ruling Reserved |
| 6. Sony's Oral Motion for New Jury Instruction | Denied |

**ORDERED AFTER HEARING:**

**WITNESSES:** Peter Redford, Robert Klein, John Byrd, Creighton Hoffman, Dr. Andrew Wolfe

**EXHIBITS:** 209, 253, 482, 557, 553, 563, 212, 254, 954, 955, 956, 953, 950, 426, 3201, 58, 59, 60, 61

**VERDICT:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Trial days: Day 9 of 12