# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** <u>Karen Hom</u>

**DATE:** March 26, 2013          **COURT REPORTER:** <u>Kathy Sullivan & Debra Pas</u>

**CASE NO.:** 3:10-cv-0475 JCS

**CASE NAME:** TV Interactive Data v. Sony Corp.

**TRIAL BEGAN:** 03/11/13          **TIME:** 6 H

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Richard Martinez, Patrick Arenz, Sarah Hudleston, Christine Yun Sauer, Logan Drew and Victor Chan | Greg Gewirtz, Charles Kennedy, Fahid Majiduddin, Jon David, Natalie Richer, Orville Cockings and Maria Schindler |

**PROCEEDINGS:**    Jury Trial - Day 10

Court convened. Jury not present. Discussion held on verdict form and issue of intervening/equitable rights. Continued direct exam of Andrew Wolfe. Cross-exam and re-direct exam of Andrew Wolfe. Oral motions made by each side. Sony rests. Plaintiff rests. Jury released for lunch to return at 1:00 PM for closing arguments. Plaintiff's closing argument. Defendant's closing argument. Clerk handed out jury instructions and jury verdict to the jury. Jury instructions read to jury by the Court. Jurors instructed to retire to the jury room and select a foreperson and leave the day with instructions to return on 3/27/13 to begin deliberations. Two juror notes received and filed. Jury not present. Bench trial begins on 3/27/13 at 8:30 AM. Each side may have two hours and 15 to 20 minutes each for closing arguments. Court adjourned for the day.

| **TRIAL MOTIONS HEARD:** | **RULING** |
|---|---|
| 1. Motion for Sur-rebuttal Closing Argument | Denied. |
| 2. TVI's Oral JMOL | |
| 3. Sony's Oral JMOL | |

**ORDERED AFTER HEARING:**

**WITNESSES:** Dr. Andrew Wolfe

**EXHIBITS: 1248E (Filed under seal)**, 2973,

**VERDICT:**

**(SEE THE ATTACHED TRIAL WORKSHEET)**