**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SONY CORPORATION ET AL,<br><br>        Defendant(s).<br>_____/ | Case No. C10-00475 JCS<br><br>**ORDER TO BRING SAMSUNG 27 INCH TELEVISION MONITOR INTO COURTROOM D** |

IT IS HEREBY ORDERED THAT Sony may bring a Samsung 27 Inch Television Monitor into Courtroom D for trial purposes.

IT IS SO ORDERED.

Dated: March 27, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge