UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORP.,<br><br>    Plaintiff.<br><br>    v.<br><br>SONY CORPORATION, et al.,<br><br>    Defendants. | Case No.  10-cv-00475-JCS<br><br>**ORDER ON POST-TRIAL BRIEFING** |

Following a telephonic scheduling conference held on **April 3, 2013,**

IT IS HEREBY ORDERED THAT:

1. The Court declines to rule on the issues of intervening rights, laches, and estoppel in light of no damages award as those issues are moot.

2. Plaintiff shall file their Motion for Judgment as a Matter of Law (the "JMOL") on or before **April 26, 2013**.

3. Defendant's opposition to Plaintiff's JMOL shall be filed on or before **May 17, 2013**. The Court will set a hearing date.

4. Defendant shall file their updated proposed Findings of Facts and Conclusions of Law on Inequitable Conduct on or before **April 26, 2013**.

5. Plaintiff shall file their updated proposed Findings of Facts and Conclusions of Law on Inequitable Conduct on or before **May 17, 2013**.

IT IS SO ORDERED.

Dated: April 8, 2013

_____
Joseph C. Spero
United States Magistrate Judge