[List of Counsel Identified on Signature Page]

**United States District Court**

**Northern District of California**

**San Francisco Division**

| | |
|---|---|
| TV Interactive Data Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>Sony Corporation, et al.,<br><br>     Defendants. | Case No. 10-cv-00475-JCS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE BRIEFING AND CONFERENCE DATES AND [PROPOSED] ORDER** |

The Parties hereby stipulate as follows:

1. The Parties have reached an agreement in principle to resolve this litigation. The Parties, therefore, jointly move to vacate the post-trial briefing deadlines of April 26 and May 17, 2013, and to vacate the settlement statement submission and conference deadlines of April 24 and May 1, 2013. If the Parties are unable to reduce their agreement to writing by May 3, 2013, then the Parties will contact the Court to request that a telephonic case management conference be set to discuss the issues and reschedule the post-trial briefing deadlines if necessary.

|   |   |   |
|---|---|---|
| 1 |   | **Respectfully submitted,** |
| 2 | Dated:   April 17, 2013 |   |
| 3 |   | **Robins, Kaplan, Miller & Ciresi LLP** |

By: /s/ *Richard M. Martinez*
Richard M. Martinez (*Pro Hac Vice*)
Patrick M. Arenz (*Pro Hac Vice*)
Sarah E. Hudleston (*Pro Hac Vice*)
Victor C. Chan (*Pro Hac Vice*)
Logan J. Drew (*Pro Hac Vice*)
Christine S. Yun Sauer (*Pro Hac Vice*)
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

David Martinez, (CA Bar No. 193183)
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

**Attorneys for Plaintiff**
**TV Interactive Data Corporation**

| | |
|---|---|
| Dated:    April 17, 2013 | **Lerner, David, Littenberg, Krumholz, & Mentlik LLP** |

By:  /s/ *Gregory S. Gewirtz*
Gregory S. Gewirtz (*Pro Hac Vice*)
Jonathan A. David (*Pro Hac Vice*)
Charles P. Kennedy (*Pro Hac Vice*)
Orville R. Cockings (*Pro Hac Vice*)
Natalie S. Richer (*Pro Hac Vice*)
Fahd K. Majiduddin (*Pro Hac Vice*)
**Lerner, David, Littenberg, Krumholz, & Mentlik LLP**
600 South Avenue West
Westfield, NJ 07090
Telephone: (908) 654-5000
Facsimile: (908) 654-7866

Duane M. Geck (State Bar No. 114823)
Philip Barilovits (State Bar No. 199944)
M. Elizabeth Holt (State Bar No. 263206)
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Tel:     415.398.3344
Fax:    415.956.0439

**Attorneys for Defendant Sony Corp., Sony Computer Entertainment Inc., Sony Corp. of America, Sony Computer Entertainment America LLC, and Sony Electronics Inc.**

IT IS SO ORDERED.

DATED: _____, 2013

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE