[Counsel list in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION *et al*.<br><br>Defendants. | Case No. 3:10-cv-00475-JCS<br><br>**JOINT STIPULATION OF DISMISSAL OF CLAIMS** |

Plaintiff TV Interactive Data Corporation and Defendants Sony Corporation, Sony Computer Entertainment Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, and Sony Electronics Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) to dismissal with prejudice all claims and counterclaims in this action between the parties.

Respectfully submitted,

**Robins, Kaplan, Miller & Ciresi L.L.P.**

DATED: July 12, 2013

By: /s/Richard M. Martinez
Richard M. Martinez (Pro Hac Vice)
Patrick M. Arenz (Pro Hac Vice)
Sarah E. Hudleston (Pro Hac Vice)
Victor C. Chan (Pro Hac Vice)
Logan J. Drew (Pro Hac Vice)
Christine S. Yun Sauer (Pro Hac Vice)
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

David Martinez, (CA Bar No. 193183)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208

|  |  |
|---|---|
|  | Telephone:  (310) 552-0130<br>Facsimile:   (310) 229-5800<br>**Attorneys for Plaintiff**<br>**TV Interactive Corporation** |
|  | **Lerner, David, Littenberg, Krumholz, & Mentlik, L.L.P.** |
| DATED: <u>July 12, 2013</u> | By: <u>/s/ Gregory S. Gewirtz</u><br>Gregory S. Gewirtz (*Pro Hac Vice*)<br>Jonathan A. David (*Pro Hac Vice*)<br>Charles P. Kennedy (*Pro Hac Vice*)<br>Fahd K. Majiduddin (*Pro Hac Vice*)<br>**Lerner, David, Littenberg, Krumholz, & Mentlik, L.L.P.**<br>600 South Avenue West<br>Westfield, NJ 07090<br>Telephone: (908) 654-5000<br>Facsimile: (908) 654-7866 |
|  | Duane M. Geck (CA Bar No. 114823)<br>Philip Barilovits (CA Bar No. 199944)<br>M. Elizabeth Holt (CA Bar No. 263206)<br>**SEVERSON & WERSON**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415.398.3344<br>Fax: 415.956.0439 |
|  | **Attorneys for Defendants Sony Corp., Sony Computer Entertainment Inc., Sony Corp. of America, Sony Computer Entertainment America LLC, and Sony Electronics Inc.** |

3224497_1.docx