## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, a California corporation,<br><br>                       Plaintiff,<br><br>v.<br><br>SONY CORPORATION *et al.*<br><br>                       Defendants. | Case No. 3:10-cv-00475-JCS<br><br>**[PROPOSED] ORDER OF DISMISSAL OF CLAIMS** |

Plaintiff TV Interactive Data Corporation and Defendants Sony Corporation, Sony Computer Entertainment Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, and Sony Electronics Inc. having filed a joint stipulation with this Court to dismiss all claims with prejudice; the Court hereby orders all claims dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: _7/12/13_

_____
Joseph C. Spero
United States Magistrate Judge